THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| TIMOTHY DIETZ, | ) | |
| Plaintiff, | ) ) ) | No. CV-13-05948-RJB |
| v. | ) ) | NOTICE OF APPEARANCE |
| QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE DEFENDANTS 1-20, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

TO:          Pro Se Plaintiff above-named;

AND TO:      THE CLERK OF THE ABOVE-ENTITLED COURT:

        YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that, without waiving any objections as to personal or subject matter jurisdiction, venue, sufficiency of process or service of process, the appearance of Defendants WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. is hereby entered in the above-entitled action by the undersigned attorneys.  You are

//

//

NOTICE OF APPEARANCE - 1
No. CV-13-05948-RJB

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

105727.1513/5847656.2

hereby requested to serve all further papers and pleadings in said cause, **except original process**, upon said attorneys at the address below stated.

DATED:  November 7, 2013

LANE POWELL PC


By   /s/ *Ronald E. Beard*
Ronald E. Beard, WSBA No. 24014
By   /s/ *Abraham K. Lorber*            .
Abraham K. Lorber, WSBA No. 40668

Address:  1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338
Telephone:  206.223.7000
Fax:  206.223.7107
E-mail:  beardr@lanepowell.com
            lorbera@lanepowell.com


Attorneys for Defendants Wells Fargo Home
Mortgage, Inc., Wells Fargo Bank, N.A., and
Mortgage Electronic Registration Systems, Inc.

105727.1513/5847656.2

1
2

## CERTIFICATE OF SERVICE

3    Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under

4 the laws of the State of Washington, that on the 7th day of November, 2013, the document

5 attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF

6 system.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of

7 the Court will send e-mail notification of such filing to the following persons:

8 Timothy Dietz
2503 34th Ave
9 Longview WA  98632
timthepostman@yahoo.com
10

11 and I hereby certify that I have mailed by United States Postal Service the document to the

12 following non-CM/ECF participants:  N/A.

13

14    Executed on the 7th day of November, 2013, at Seattle, Washington.

15

16    /s/ Ronald E. Beard
Ronald E. Beard, WSBA No. 24014
17 Address:  1420 Fifth Avenue, Suite 4100,
Seattle, WA  98101-2338
18 Telephone:  206.223.7000
Fax:  206.223.7107
19 E-mail:  beardr@lanepowell.com

20 Attorneys for Defendants
Wells Fargo Bank, N.A., Wells Fargo Home
21 Mortgage, Inc., Mortgage Electronic Registration
Systems, Inc.
22

23

24

25

26

27

NOTICE OF APPEARANCE - 3
No. CV-13-05948-RJB

105727.1513/5847656.2