THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br> v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE DEFENDANTS 1-20,<br><br>    Defendants. | No. 13-05948-RJB<br><br>**ORDER GRANTING DEFENDANTS WELLS FARGO AND MERS'S MOTION TO DISMISS**<br><br>**[PROPOSED]**<br><br><u>Noted for consideration</u>:<br>December 20, 2013 |

This having come before the Court on Defendants Wells Fargo and MERS's Motion to Dismiss, all parties having received notice of and an opportunity to respond to the motion, the Court having reviewed all pleadings filed by all parties related to the motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby:

ORDERED that Defendants Wells Fargo and MERS's Motion to Dismiss is GRANTED. Defendants Wells Fargo Home Mortgage, Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc. are dismissed from this lawsuit with prejudice.

//

//

//

//

DEFENDANTS WELLS FARGO AND MERS'S MOTION TO DISMISS - 1
No. CV-13-05948-RJB

105727.1513/5875557.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

1  IT IS SO ORDERED.

2  Done in open court _____.

3

4

5
                                    _____
   HONORABLE ROBERT J. BRYAN
6  UNITED STATES DISTRICT COURT JUDGE

7  Presented by:

8  LANE POWELL PC

9

10 By  s/Abraham K. Lorber
       Ronald E. Beard, WSBA No. 24014
11     beardr@lanepowell.com
       Abraham K. Lorber, WSBA No. 40668
12     lorbera@lanepowell.com
       1420 Fifth Avenue, Suite 4200
13     PO Box 91302
       Seattle, WA  98111-9402
14     Telephone:  206.223.7000
       Fax:  206.223.7107
15

   Attorneys for Defendants Wells Fargo Home
16 Mortgage, Inc., Wells Fargo Bank, N.A., and
   Mortgage Electronic Registration Systems, Inc.
17

18

19

20

21

22

23

24

25

26

27

DEFENDANTS WELLS FARGO AND MERS'S MOTION TO DISMISS - 2
No. CV-13-05948-RJB

105727.1513/5875557.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I certify that on the date indicated below, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Timothy Dietz
2503 34th Ave.
Longview, WA  98632
timthepostman@yahoo.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED November 22, 2013 at Seattle, Washington


s/Debi Wollin
Debi Wollin

DEFENDANTS WELLS FARGO AND MERS'S MOTION TO DISMISS - 3
No. CV-13-05948-RJB
105727.1513/5875557.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107