UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>       Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br><br>WELLS FARGO HOME MORTGAGE;<br><br>WELLS FARGO BANK, N.A.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>DOE DEFENDANTS 1 - 20<br><br>       Defendants. | Case No.: CV13 5948<br><br>MOTION FOR CLARIFICATION OF SERVICE<br><br><u>NOTE ON MOTION CALENDAR</u>:<br>DECEMBER 27, 2013 |

1. Under Federal Rules of Civil Procedure 4(m), a Plaintiff has 180 days upon which to execute service after filing a complaint.

2. LCR 5(b) considers a registered recipient of the ECF System as being served once the file is uploaded.

3. Counsel for Defendants WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. requests that further papers and pleadings be directed to Counsel with the exception of <u>Original Process.</u>

4. Federal Rules of Civil Procedure 15(a) allows for an amendment to the pleading once as a matter of course within 21 days after service.

MOTION FOR CLARIFICATION OF SERVICE

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832

5. Due to recent discoveries, Plaintiff seeks to amend his complaint to reflect these discoveries.

6. Plaintiff's understanding of the rules is that a motion to the court is not needed in order to file an amended complaint, as it appears that service of the original pleadings has not yet taken place.

Respectfully submitted this 10TH day of December, 2013

/s/ Timothy Dietz

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to Ronald E. Beard and Abraham K. Lorber this 10th day of December, 2013.

Respectfully,

/s/ Timothy Dietz

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

MOTION FOR CLARIFICATION OF SERVICE

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832