THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br><br>WELLS FARGO HOME MORTGAGE;<br><br>WELLS FARGO BANK, N.A.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>DOE DEFENDANTS 1 - 20<br><br>    Defendants. | Case No.: 13-05948-RJB<br><br>DECLARATION OF TIMOTHY DIETZ |

Timothy Dietz declares and says:

I am the Plaintiff in this matter. I am over the age of 18, I am a citizen of the United States, I am competent to make this declaration, and I do so on the basis of personal knowledge. I make this declaration in support of Exhibits A through F.

DECLARATION OF TIMOTHY DIETZ
No. CV-13-05948

Timothy Dietz
2503 34th Ave
Longview WA 998632
360-442-9832

- 1 of 3 -


1. Attached hereto as **EXHIBIT A** is a true and correct copy of the Promissory note that I printed from my home printer on May 16th 2013 from a CD disk I received from the Cowlitz County Title Company, the original Trustee, shortly after closing in September 2008.

2. Attached hereto as **EXHIBIT B** is a true and correct certified copy of the Deed of Trust, recorded into Cowlitz County records as instrument number 3378077. On March 15, 2013 I went to the Cowlitz County Auditors Office and obtained a certified copy of my Deed of Trust as recorded with the Cowlitz County Auditor.

3. Attached hereto as **EXHIBIT C** is a true and correct certified copy of an alleged Assignment of Deed of Trust, recorded into Cowlitz County records as instrument number 3436945. On March 15, 2013 I went to the Cowlitz County Auditors Office and obtained a certified copy of the alleged Assignment of Deed of Trust.

4. Attached hereto as **EXHIBIT D** is a true and correct certified copy of an alleged Assignment of Deed of Trust, recorded into Cowlitz County records as instrument number 3437015. On September 14, 2012 I went to the Cowlitz County Auditors Office and obtained a certified copy of the alleged Assignment of Deed of Trust.

5. Attached hereto as **EXHIBIT E** is a true and correct certified copy of an alleged Appointment of Successor Trustee, recorded into Cowlitz County records as instrument number 3451510. On September 14, 2012 I went to the Cowlitz County Auditors Office and obtained a certified copy of the alleged Appointment of Successor Trustee.

6. Attached hereto as **EXHIBIT F** is a true and correct copy of a Notice of Trustee Sale, recorded into Cowlitz County records as instrument number 3480408. On September 19,

DECLARATION OF TIMOTHY DIETZ
No. CV-13-05948

Timothy Dietz
2503 34th Ave
Longview WA 998632
360-442-9832

2013 I downloaded a copy of this notice from the Cowlitz County Auditors Website and printed it from my home printer

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on December 15, 2013, at Longview, Washington.

                /s/ Timothy Dietz
                Timothy Dietz

DECLARATION OF TIMOTHY DIETZ
No. CV-13-05948

Timothy Dietz
2503 34th Ave
Longview WA 998632
360-442-9832