# EXHIBIT

# C

# CERTIFIED COPY OF ASSIGNMENT OF DEED OF TRUST DATED MAY 5, 2011

Recording requested by:

When recorded mail to:

Americas Servicing Company
1 Home Campus X2504-017
Customer Service
Des Moines, IA 50328

**3436945**
05/17/2011 12:35:28 PM
Assignment Of Deed Of Trust   TITLE COURT  15.00
Cowlitz County Washington
Pages: 2

TS #: **WA-11-438919-SH**                                    Space above this line for recorders use
Order #: **110190215-WA-GSI**
APN #: **0-5311**
MERS MIN No.: **1003072-0000042841-1**

## Assignment of Deed of Trust

For value received, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE FOR HYPERION CAPITAL GROUP, LLC, A LIMITED LIABILITY COMPANY, ITS SUCCESSORS AND ASSIGNS,** hereby grants, assigns, and transfers to

**Wells Fargo Bank, NA**

All beneficial interest and all rights accrued or to accrue under that certain Deed of Trust dated **9/25/2008** executed by **TIMOTHY J. DIETZ, A MARRIED MAN,** as Trustor(s) to **COWLITZ COUNTY TITLE COMPANY,** as Trustee, and recorded as Instrument No. 3378077, on 10/3/2008, of Official Records, in the office of the County Recorder of **COWLITZ** County, **Washington.**

**Said Deed of Trust encumbers the real property fully described as:**

LOT 1, AS DELINEATED ON THE SHORT PLAT SUBDIVISION OF A PORTION OF LOT 20, BLOCK 14, LONGVIEW HOMESTEADS, AS RECORDED IN VOLUME 3 OF SHORT PLATS, PAGE 036, UNDER AUDITOR'S FILE NO. 851977, RECORDS OF COWLITZ COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF COWLITZ, STATE OF WASHINGTON

And more commonly known as: **2503 34TH AVENUE, LONGVIEW, WA 98632**

ASGNDT    TITLE COURT

TS #: WA-11-438919-SH

Dated: May 5 , 2011          MORTGAGE ELECTRONIC REGISTRATION
                            SYSTEMS, INC.

                            Assistant Secretary  Amy Toske

State of Minnesota)
                           ) ss
County of Dakota)

On May 5 , 2011, before me, Sandra Mae Parrish , the undersigned
Notary Public, personally appeared        Amy Toske        , Assistant Secretary for
Mortgage Electronic Registration Systems, Inc., (or proved to me on the basis of satisfactory evidence) to be
the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s)
on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

WITNESS my hand and official seal

Signature _____

SANDRA MAE PARRISH
NOTARY PUBLIC·MINNESOTA
My Commission Expires Jan. 31, 2015

STATE OF WASHINGTON )
                     )  SS
County of Cowlitz    )

    I, Kristina K. Swanson, County Auditor of Cowlitz County, do hereby certify that I have compared the foregoing copy with the original instrument as the same appears on file and of record in my office and that the same is a true and correct copy of the original and the whole thereof.

    IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this _____ 15ᵗʰ _____ day of _____ March _____ . 2013 .

KRISTINA K. SWANSON, AUDITOR

By _____
                   Deputy Auditor

# EXHIBIT

# D

# CERTIFIED COPY OF ASSIGNMENT OF DEED OF TRUST DATED MAY 16, 2011

Document drafted and prepared by and
when recorded, return to:
Jon Houston
Wells Fargo-San Antonio Image Capture
4101 Wiseman Blvd, Bldg 108
San Antonio, TX 78251-4200
MAC # T7408-01F

||||||||||||||||||||||||||||

```
3437015
05/18/2011 11:08:55 AM
Assignment Of Deed Of Trust      WELLS FARGO   Pages: 2
Cowlitz County Washington                              15.00
```

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**MIN:** 100307200000428411                              (Space above this line for recorder use only)

### ASSIGNMENT OF DEED OF TRUST

For value received, Mortgage Electronic Registration Systems, Inc., ("MERS"), as Nominee for **HYPERION CAPITAL GROUP, LLC, A LIMITED LIABILITY COMPANY**, its successors and assigns, whose address is PO Box 2026, Flint, MI 48501-2026, the undersigned hereby grants, assigns, and transfers to:

**Wells Fargo Bank, NA, 1 Home Campus, Des Moines, IA 50328**

herein "Assignee" its successors and/or assigns, all its right, title, and all beneficial interest under that certain Deed of Trust, herein "Security Instrument" executed by TIMOTHY J. DIETZ, A MARRIED MAN, dated September 25, 2008, in the amount of $192,375.00 and given to Mortgage Electronic Registration Systems, Inc., ("MERS"), as Nominee for HYPERION CAPITAL GROUP, LLC, A LIMITED LIABILITY COMPANY, Trustee being COWLITZ COUNTY TITLE COMPANY, and recorded on October 3, 2008 as Document or Instrument Number 3378077 and/or in Book N/A, Page N/A, of Official Records in the County Recorder office of COWLITZ County, Washington, describing land therein as:

**Property Address:**      2503 34^TH^ AVENUE, LONGVIEW, WASHINGTON 98632
**Legal Description:**      See Attached
**Assessor's Parcel No.:**  0-5311

Signed this _May    16 , 2011_ .                    Mortgage Electronic Registration Systems, Inc.,

                                                    _Mark Lee_
                                                    **Assistant Secretary**

### WASHINGTON ALL PURPOSE NOTARY ACKNOWLEDGEMENT

STATE OF MINNESOTA                }
                                  }
COUNTY OF DAKOTA                  }

On this _May   16 , 2011_ before me, _Deborah L Humphrey_ personally appeared _Mark Lee_ Assistant Secretary, Mortgage Electronic Registration Systems, Inc., ☐ personally known to me - OR ☑ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Deborah L Humphrey_
Notary Public: _Deborah L Humphrey_
My Commission Expires: _1/31/2015_

```
DEBORAH L HUMPHREY
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2015
```

LEGAL DESCRPIPTION


LOT 1, AS DELINEATED ON THE SHORT PLAT SUBDIVISION OF A PORTION OF LOT 20,
BLOCK 14, LONGVIEW HOMESTEADS, AS RECORDED IN VOLUME 3 OF SHORT PLATS,
PAGE 036, UNDER AUDITOR'S FILE NO. 851977, RECORDS OF COWLITZ COUNTY,
WASHINGTON.

STATE OF WASHINGTON )
                                    ) SS
County of Cowlitz         )

I, Kristina K. Swanson, County Auditor of Cowlitz County, do hereby certify that I have compared the foregoing copy with the original instrument as the same appears on file and of record in my office and that the same is a true and correct copy of the original and the whole thereof.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this ___14th___ day of __Sept__ _____. __2012__.

KRISTINA K. SWANSON, AUDITOR
By _____
                                    Deputy Auditor



# EXHIBIT

# E

# CERTIFIED COPY OF APPOINTMENT OF SUCCESSOR TRUSTEE FEBRUARY 10, 2012

When recorded return to:
**Quality Loan Service Corp. of Washington**
C/O Quality Loan Service Corporation
2141 5th Avenue
San Diego, CA 92101

**3451510**
02/21/2012 11:50:00 AM
Appointment   TITLE COURT SERVICE   Pages: 2
Cowlitz County Washington                      15.00

| TS No.: | WA-11-488030-SH |
|---|---|
| Order No.: | 110591520-WA-GSI |
| APN No.: | 05311 |

MERS MIN No.: 1003072-0000042841-1      MERS Telephone No. 1-888-679-6377

Space above this line for recorders use only

## Appointment of Successor Trustee

Pursuant to the provisions of that certain Deed of Trust dated 9/25/2008 and executed by **TIMOTHY J. DIETZ , A MARRIED MAN**, as Trustor, to **COWLITZ COUNTY TITLE COMPANY**, as Trustee, for the benefit of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HYPERION CAPITAL GROUP, LLC, A LIMITED LIABILITY COMPANY**, as Beneficiary, recorded on 10/3/2008 as Instrument No. 3378077,     in the office of the County Recorder of **COWLITZ** County, WA; and to secure an obligation under a Promissory Note. Wells Fargo Bank, N.A., as present holder of the Note, does hereby remove **COWLITZ COUNTY TITLE COMPANY**, as Trustee and does, pursuant to the terms of the Deed of Trust, hereby remove any *Successor Trustee or Trustees who may have been previously appointed* in place of the original Trustee, and does hereby appoint **Quality Loan Service Corporation of Washington** of 19735 10th Avenue NE, Suite N-200, Poulsbo, WA 98370 to serve, effective immediately, as Successor Trustee in the Deed of Trust, and to replace the trustee of record. Said Successor Trustee is qualified to serve as Successor Trustee under the laws of this state.

Wells Fargo Bank, N.A. hereby revokes all other substitutions of trustee which it may have executed, appointed or filed in the past, giving and granting to said Successor Trustee all the powers, duties and authority of the discharged Trustee, and hereby ratifying all acts of said Successor Trustee heretofore or hereafter performed. Said Successor Trustee shall, in accordance with the provisions of the deed of trust, succeed to all the title, powers and duties conferred upon the Original Trustee(s) by the terms of said deed of trust and by applicable law.

The following described real estate, together with its improvements, easements and appurtenances thereunto belonging, is located in **COWLITZ** County, WA and more particularly described as follows:

LOT 1, AS DELINEATED ON THE SHORT PLAT SUBDIVISION OF A PORTION OF LOT 20, BLOCK 14, LONGVIEW HOMESTEADS, AS RECORDED IN VOLUME 3 OF SHORT PLATS, PAGE 036, UNDER AUDITOR'S FILE NO. 851977, RECORDS OF COWLITZ COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF COWLITZ, STATE OF WASHINGTON

At the time of the execution of the Deed of Trust, this property was reported to have an address of: **2503 34TH AVENUE, LONGVIEW, WA 98632.**

TS No.: **WA-11-488030-SH**

In witness whereof, the undersigned holder of the Note has executed this document. If the undersigned is a corporation, it has caused its name to be signed and its seal, if any, affixed by an officer or other person duly authorized to do so by order of its board of directors.

Executed this 10th day of February 2012.

Wells Fargo Bank, N.A.

_Denise Goldston_

Denise Goldston
Vice President of Loan Documentation

State of: _____ North Carolina

County of Wake

On this day February 10, 2012 personally appeared before me **Denise Goldston** of Wells Fargo Bank, N.A., to me known to be the individual or individuals described in and who executed the within and forgoing instrument, and acknowledged that he/she/they signed the same as his/her/their free and voluntary act and deed, for the users and purposes therein mentioned.

Given under my hand and official seal this _10th_ day of _February_, 2012.

_Bertha S. Jones_

Signature and seal stamp of officer

Notary Public in and for the State of _North Carolina_

My Commission expires: _02-05-2017_

*[Notary seal: BERTHA S. JONES, NOTARY PUBLIC, My Comm. Exp. 02-05-2017, WAKE COUNTY, N.C.]*

STATE OF WASHINGTON  )
                     )  SS
County of Cowlitz     )

    I, Kristina K. Swanson, County Auditor of Cowlitz
County, do hereby certify that I have compared the
foregoing copy with the original instrument as the same
appears on file and of record in my office and that the
same is a true and correct copy of the original and the
whole thereof.
    IN TESTIMONY WHEREOF, I have hereunto set my hand and
seal this ___15th___ day of ___March___ .
___2013___ .
KRISTINA K. SWANSON, AUDITOR
By _____
                              Deputy Auditor

# EXHIBIT

# F

# NOTICE OF TRUSTEE SALE SEPTEMBER 20, 2013

3480408

05/21/2013 04:03:20 PM        Pages: 4   $75.00
Notice Of Trustees Sale
LSI TITLE AGENCY INC.
eRecorded at Cowlitz County, WA

WHEN RECORDED MAIL TO:
**Quality Loan Service Corp. of Washington**
**C/O Quality Loan Service Corporation**
**2141 5th Avenue**
**San Diego, CA 92101**

TS No.: WA-11-488030-SH                               SPACE ABOVE THIS LINE FOR RECORDER'S USE
APN No.: 05311
Title Order No.: 110591520-WA-GSI
Grantor(s): TIMOTHY J DIETZ
Grantee(s): MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR
HYPERION CAPITAL GROUP, LLC, A LIMITED LIABILITY COMPANY
Deed of Trust Instrument/Reference No.: 3378077

# NOTICE OF TRUSTEE'S SALE
Pursuant to the Revised Code of Washington 61.24, et seq.

I.        **NOTICE IS HEREBY GIVEN** that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on **9/20/2013**, at **11:00 AM The entrance of the Cowlitz County Administration Building, 207 4th Avenue North, Kelso, WA 98626** sell at public auction to the highest and best bidder, payable in the form of credit bid or cash bid in the form of cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of **COWLITZ**, State of **Washington**, to-wit:

**LOT 1, AS DELINEATED ON THE SHORT PLAT SUBDIVISION OF A PORTION OF LOT 20, BLOCK 14, LONGVIEW HOMESTEADS, AS RECORDED IN VOLUME 3 OF SHORT PLATS, PAGE 036, UNDER AUDITOR'S FILE NO. 851977, RECORDS OF COWLITZ COUNTY, WASHINGTON, SITUATE IN THE COUNTY OF COWLITZ, STATE OF WASHINGTON**

More commonly known as:
**2503 34TH AVENUE, LONGVIEW, WA 98632**

which is subject to that certain Deed of Trust dated **9/25/2008**, recorded **10/3/2008**, under **3378077**    records of **COWLITZ** County, **Washington**, from **TIMOTHY J. DIETZ , A MARRIED MAN**, as Grantor(s), to **COWLITZ COUNTY TITLE COMPANY**, as Trustee, to secure an obligation in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HYPERION CAPITAL GROUP, LLC, A LIMITED LIABILITY COMPANY**, as Beneficiary, the beneficial interest in which was assigned by **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HYPERION CAPITAL GROUP, LLC, A LIMITED LIABILITY COMPANY** (or by its successors-in-interest and/or assigns, if any), to **Wells Fargo Bank, NA.**

II.       No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

Unofficial Copy

3480408   05/31/2013 04:03:20 PM   2 of 4   Cowlitz County, WA
NTTRUS      LSI TITLE AGENCY INC.

III.     The default(s) for which this foreclosure is made is/are as follows:
Failure to pay when due the following amounts which are now in arrears: **$33,456.86**

IV.     The sum owing on the obligation secured by the Deed of Trust is:  The principal sum of **$202,550.14**, together with interest as provided in the Note from the **12/1/2010**, and such other costs and fees as are provided by statute.

V.     The above-described real property will be sold to satisfy the expense of sale and the obligation secured by the Deed of Trust as provided by statute.  Said sale will be made without warranty, expressed or implied, regarding title, possession or encumbrances on **9/20/2013**. The defaults referred to in Paragraph III must be cured by **9/9/2013** (11 days before the sale date) to cause a discontinuance of the sale.  The sale will be discontinued and terminated if at any time before **9/9/2013** (11 days before the sale) the default as set forth in Paragraph III is cured and the Trustee's fees and costs are paid. Payment must be in cash or with cashiers or certified checks from a State or federally chartered bank.  The sale may be terminated any time after the **9/9/2013** (11 days before the sale date) and before the sale, by the Borrower or Grantor or the holder of any recorded junior lien or encumbrance by paying the principal and interest, plus costs, fees and advances, if any, made pursuant to the terms of the obligation and/or Deed of Trust, and curing all other defaults.

VI.     A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower and Grantor at the following address(es):

NAME
**TIMOTHY J. DIETZ , A MARRIED MAN**
ADDRESS
**2503 34TH AVENUE, LONGVIEW, WA 98632**

by both first class and certified mail, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served, if applicable, with said written Notice of Default or the written Notice of Default was posted in a conspicuous place on the real property described in Paragraph I above, and the Trustee has possession of proof of such service or posting. These requirements were completed as of **7/27/2012**.

VII.     The Trustee whose name and address are set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.     The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.     Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections if they bring a lawsuit to restrain the sale pursuant to RCW 61.24.130.  Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's sale.

**NOTICE TO OCCUPANTS OR TENANTS – The purchaser at the Trustee's Sale is entitled to possession of the property on the 20th day following the sale, as against the Grantor under the deed of trust (the owner) and anyone having an interest junior to the deed of trust, including occupants who are not tenants. After the 20th day following the sale the purchaser has the right to evict occupants who are not tenants by summary proceedings under Chapter 59.12 RCW. For tenant-occupied property, the purchaser shall provide a tenant with written notice in accordance with RCW 61.24.060.**

**THIS NOTICE IS THE FINAL STEP BEFORE THE FORECLOSURE SALE OF YOUR HOME.**

You have only 20 DAYS from the recording date of this notice to pursue mediation.

**DO NOT DELAY. CONTACT A HOUSING COUNSELOR OR AN ATTORNEY LICENSED IN WASHINGTON NOW** to assess your situation and refer you to mediation if you are eligible and it may help

you save your home. See below for safe sources of help.

## SEEKING ASSISTANCE

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact the following:

The statewide foreclosure hotline for assistance and referral to housing counselors recommended by the Housing Finance Commission: Toll-free: **1-877-894-HOME (1-877-894-4663)** or Web site: http://www.dfi.wa.gov/consumers/homeownership/post_purchase_counselors_foreclosure.htm.

The United States Department of Housing and Urban Development: Toll-free: **1-800-569-4287** or National Web Site: http://portal.hud.gov/hudportal/HUD or for Local counseling agencies in Washington: http://www.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=WA&filterSvc=dfc

The statewide civil legal aid hotline for assistance and referrals to other housing counselors and attorneys: Telephone: **1-800-606-4819** or Web site: http://nwjustice.org/what-clear.

If the sale is set aside for any reason, including if the Trustee is unable to convey title, the Purchaser at the sale shall be entitled only to a return of the monies paid to the Trustee. This shall be the Purchaser's sole and exclusive remedy.   The purchaser shall have no further recourse against the Trustor, the Trustee, the Beneficiary, the Beneficiary's Agent, or the Beneficiary's Attorney.

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holders right's against the real property only.

Unofficial Copy

3480408   05/21/2013 04:03:20 PM   14 of 14   Cowlitz County, WA
NTTRUS        LSI TITLE AGENCY INC.

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.

Dated:

**MAY 2 0 2013**

_____
Quality Loan Service Corp. of Washington, as Trustee
By: Michael Dowell, Assistant Secretary

Trustee's Mailing Address:
Quality Loan Service Corp. of
Washington
C/O Quality Loan Service Corp.
2141 Fifth Avenue, San Diego, CA 92101
(866) 645-7711

Trustee's Physical Address:
Quality Loan Service Corp. of Washington
19735 10th Avenue NE, Suite N-200
Poulsbo, WA  98370
(866) 645-7711

**Sale Line: 714-730-2727**
**Or Login to: http://wa.qualityloan.com**
**TS No.: WA-11-488030-SH**

State of: **California**)
County of: **San Diego**)

On **MAY 2 0 2013** before me, _____ W. Sanchez _____ a notary public, personally appeared _____ Michael Dowell _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

W. Sanchez

W. SANCHEZ
Commission # 1958442
Notary Public - California
San Diego County
My Comm. Expires Oct 28, 2015

Unofficial Copy