UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>      Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br><br>WELLS FARGO HOME MORTGAGE;<br><br>WELLS FARGO BANK, N.A.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>DOE DEFENDANTS 1 - 20<br><br>      Defendants. | Case No.: CV13 5948<br><br>ANSWER TO WELLS FARGO AND MERS MOTION TO DISMISS DEFENDANTS |

TO THE HONORABLE JUDGE OF THIS COURT

COMES NOW, the Plaintiff, TIMOTHY DIETZ, who hereby submits his response to Defendant's Motion to Dismiss and states as follow:

1. The Plaintiff freely and voluntarily motions the court to dismiss Defendants WELLS FARGO HOME MORTGAGE, WELLS FARGO BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. from this complaint without prejudice.[1]

---

[1] See memorandum in support of answer to Motion to Dismiss.

MOTIONTO DISMISS DEFENDANTS

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832

Respectfully submitted this 30TH day of December, 2013

/s/ Timothy Dietz

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to Ronald E. Beard and Abraham K. Lorber this 30th day of December, 2013.

Respectfully,

/s/ Timothy Dietz

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com