UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br><br>WELLS FARGO HOME MORTGAGE;<br><br>WELLS FARGO BANK, N.A.;<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;<br><br>DOE DEFENDANTS 1 - 20<br><br>    Defendants, | Case No.: CV13 5948<br><br>MEMORANDUM |

## MEMORANDUM IN SUPPORT OF ANSWER TO DEFENDANTS MOTION TO DISMISS DEFENDANTS

PLAINTIFF Timothy Dietz files this memorandum in support of his answer to Defendants motion to dismiss Defendants, stating:

### ISSUE

1. During the time from filing Plaintiffs complaint and filing this motion to dismiss Defendants, new discoveries have been made. These new discoveries have given rise to more complex arguments, questions and causes of action. In the interest of justice, and mindful of the Courts resources and time, a more careful evaluation of all the issues now being presented must be asserted as not to undermine our justice system.
2. From these new findings a more definite pleading needs to be considered that include fraud, misrepresentations that also affect the public, lack of standing, securitization and abuse of authority.
3. To preclude amending a complaint in haste, the Plaintiff must motion the court to dismiss Defendants Wells Fargo Home Mortgage, Wells Fargo Bank, N.A. and Mortgage Electronic Registrations Systems, Inc. without prejudice.

MEMORANDUM

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832

WHEREFORE Plaintiffs prays the court will enter an order granting dismissal of Defendants without prejudice.

/s/ Timothy Dietz
Timothy Dietz, Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to Ronald E. Beard and Abraham K. Lorber this 30th day of December, 2013.

Respectfully,

/s/ Timothy Dietz

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

MEMORANDUM

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832

- 2 of 2 -