THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br><br>DOE DEFENDANTS 1 - 20<br><br>　　　　Defendants. | Civil Case No.: CV-13 5948-RJB<br><br>**PLAINTIFF'S MOTION TO EXTEND INITIAL SCHEDULING DATES**<br><br>NOTE ON MOTION CALENDAR:<br>JANUARY 17, 2014 |

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Plaintiff, Timothy Dietz, who hereby submits his Motion to extend initial scheduling dates:

1. The plaintiff has previously recited the discovery of new facts and the need to amend his complaint or to file a new action. An Order was entered (DKT 15) January 3, 2014 granting Plaintiff leave to amend his complaint. Plaintiff was given until no later that February 7, 2014 to file his amended complaint.

MOTION TO EXTEND INITIAL SCHEDULING DATES

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

- 1 of 2 -

2. Considering the Court has so ordered an amended complaint submission deadline beyond the current initial scheduling dates, the Plaintiff submits the following amended deadlines of the initial scheduling dates for the Courts' consideration:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 4/16/2014 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 4/23/2014 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 4/30/2014 |

WHEREFORE, Plaintiff moves the court to amend the initial scheduling dates.

DATED: January 5, 2014, 2013

Respectfully Submitted,

/s/ Timothy Dietz

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

MOTION TO EXTEND INITIAL SCHEDULING DATES

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

- 2 of 2 -