# EXHIBIT

# I

# DEBT VALIDATION LETTER TO QUALITY LOAN SERVICE CORP. OF WASHINGTON DATED 8/4/12

8/4/2012
Timothy J Dietz
2503 34th Ave
Longview Wa 98632
360-442-9832
T.S. Number: WA-11-488030-SH

Subj: Debt Validation

I am contesting the validity of the debt presented to me in a letter dated 7/26/2012. Information provided to me by your company is very confusing and appears to lack merit. Please provide validation and a copy of the note secured by said deed of trust. Thank you for your time.

*Timothy Dietz* (signature)