THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br><br>WELLS FARGO HOME MORTGAGE;<br><br>WELLS FARGO BANK, N.A.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>MCCARTHY & HOLTHUS, LLP,<br><br>DOE DEFENDANTS 1 - 20<br><br>    Defendants. | Case No.:<br><br>DECLARATION OF TIMOTHY DIETZ |

Timothy Dietz declares and says:

DECLARATION
No. CV-13-5948-RJB

Timothy Dietz
2503 34th Ave
Longview WA 998632
360-442-9832

- 1 of 3 -

I am the Plaintiff in this matter. I am over the age of 18, I am a citizen of the United States, I am competent to make this declaration, and I do so on the basis of personal knowledge. I make this declaration in support of Exhibits G through AA.

1. EXHIBIT G is a copy of "MERS 2008 Terms and Conditions" I downloaded from the Scribd website on January 29, 2014 and printed on my home printer.

2. EXHIBIT H is a copy of written communications mailed to me from the Defendant Quality Loan Service, which was postmarked July 27, 2012.

3. EXHIBIT I is a copy of a debt validation letter dated August 4, 2012 that I crafted and mailed to Defendant Quality Loan Service Corp. of Washington.

4. EXHIBIT J is a copy of a Notice of Trustee Sale for December 28, 2012 that I downloaded from the Cowlitz County Auditor website on January 29, 2014 and printed on my home printer.

5. EXHIBIT K is a copy of a Notice of Trustee Sale set for December 28, 2012, which found attached to my property at 2503 34th Ave, Longview, Washington, 98632 on or about August 28, 2012.

6. EXHIBIT L is a copy of written communications dated September 6, 2012 mailed to me from Defendant Quality Loan Service Corp. of Washington.

7. EXHIBIT M is a copy of the Notice of Trustee Sale found attached to my property at 2503 34th Ave, Longview, Washington, 98632 on or about October 18, 2012.

8. EXHIBIT N is a copy of the Qualified Written Request (QWR) dated November 10, 2012 that I crafted and mailed to Defendant Wells Fargo Home Mortgage.

9. EXHIBIT O is a copy of written communications dated November 27, 2012 mailed to me from Defendant Wells Fargo Home Mortgage.

10. EXHIBIT P is a copy of written communications mailed to me from Defendant Quality Loan Service Corp. of Washington on or about February 4, 2013.

11. EXHIBIT Q is a copy of written communications dated January 31, 2013 mailed to me from Defendant Wells Fargo Home Mortgage.

12. EXHIBIT R is a copy of a notice of dispute letter dated March 3, 2013 that I crafted and faxed to Defendant Quality Loan Service Corp. of Washington.

DECLARATION
No. CV-13-5948-RJB

Timothy Dietz
2503 34th Ave
Longview WA 998632
360-442-9832

13. EXHIBIT S is a copy of a letter dated March 20, 2013 mailed to me from Defendant Wells Fargo Home Mortgage.

14. EXHIBIT T is a copy of a letter dated April 17, 2013 that I crafted and faxed to Defendant Wells Fargo Home Mortgage.

15. EXHIBIT U is a copy of a letter dated February 17, 2013 that I crafted and faxed to Defendant Quality Loan Service Corp. of Washington.

16. EXHIBIT V is a copy of a letter dated February 17, 2013 that I crafted and faxed to Defendant Wells Fargo Home Mortgage.

17. EXHIBIT W is a copy of notice of intent to litigate dated April 19, 2013 that I crafted and faxed to Defendant Quality Loan Service Corp. of Washington.

18. EXHIBIT X is a copy of notice of intent to litigate dated April 19, 2013 that I crafted and faxed to Defendant Wells Fargo Home Mortgage.

19. EXHIBIT Y is a copy of a letter dated June 4, 2013 mailed to me from McCarthy and Holthus LLP.

20. EXHIBIT Z is a copy of the McCarthy and Holthus website that I downloaded and printed from my home computer on February 7, 2013.

21. EXHIBIT AA is a copy of the Trustee's Deed Upon Sale mailed to me from McCarthy and Holthus.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on February 7, 2014, at Longview, Washington.

                                                       /s/ Timothy Dietz
                                                       Timothy Dietz

DECLARATION
No. CV-13-5948-RJB

Timothy Dietz
2503 34th Ave
Longview WA 998632
360-442-9832

- 3 of 3 -