ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, EXTEND CREDIT, OR TO FORBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

BY SIGNING BELOW, Borrower accepts and agrees to the terms contained in pages 1 through 11 of this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

_____ (Seal)
TIMOTHY J. DIETZ      -Borrower

_____ (Seal)
                      -Borrower

_____ (Seal)
                      -Borrower

_____ (Seal)
                      -Borrower

_____ (Seal)
                      -Borrower

_____ (Seal)
                      -Borrower

Witness:                    Witness:

_____    _____

FHA WASHINGTON DEED OF TRUST - MERS
6/96                          Page 10 of 11       DocMagic eForms 800-649-1362
                                                  www.docmagic.com

STATE OF WASHINGTON,　　　　　　　　　　　　County ss: Cowlitz

On this day personally appeared before me TIMOTHY J. DIETZ, to me known to be the individual(s) described in and who executed the within and foregoing instrument, and acknowledged that (he)(she or they) signed the same as (his)(her or their) free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 26th day of September, 2008.

Notary Public in and for the State of Washington residing at: Longview

My Commission expires: 12-29-2008

[Notary seal: MELISSA M. HUYSON, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 12-29-08]

## REQUEST FOR RECONVEYANCE

To Trustee:

The undersigned is the holder of the note or notes secured by this Deed of Trust. Said note or notes, together with all other indebtedness secured by this Deed of Trust, have been paid in full. You are hereby directed to cancel said note or notes and this Deed of Trust, which are delivered hereby, and to reconvey, without warranty, all the estate now held by you under this Deed of Trust to the person or persons legally entitled thereto.

Date: _____          _____

FHA WASHINGTON DEED OF TRUST - MERS
6/96
Page 11 of 11

DocMagic *eForms* 800-649-1362
www.docmagic.com

## EXHIBIT "A"

LOT 1, AS DELINEATED ON THE SHORT PLAT SUBDIVISION OF A PORTION OF LOT 20, BLOCK 14, LONGVIEW HOMESTEADS, AS RECORDED IN VOLUME 3 OF SHORT PLATS, PAGE 036, UNDER AUDITOR'S FILE NO. 851977, RECORDS OF COWLITZ COUNTY, WASHINGTON.

SITUATE IN THE COUNTY OF COWLITZ, STATE OF WASHINGTON

End of Exhibit "A"

| A | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | | B. | | | Form Approved OMB No. 2502-0265 TYPE OF LOAN | |
|---|---|---|---|---|---|---|---|
| | COWLITZ COUNTY TITLE COMPANY 1159 14th Avenue Longview, WA 98632 (360) 423-5330 **FINAL** | | 1. ☒ FHA 4. ☐ VA 6. ESCROW FILE NUMBER: 00158545-012 MMH 8. MORTGAGE INSURANCE CASE NUMBER: 561-8751648-703 | 2. ☐ FMHA 5. ☐ CONV. INS. | | 3. ☐ CONV UNINS 7. LOAN NUMBER 4047861 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER | TIMOTHY J. DIETZ |
|---|---|
| ADDRESS OF BORROWER | 2503 34TH AVE LONGVIEW, WA 98632 |
| E. NAME OF SELLER | |
| ADDRESS OF SELLER | |
| F. NAME OF LENDER | HYPERION CAPITAL GROUP, LLC |
| ADDRESS OF LENDER | 5885 SW MEADOWS RD, STE 850 LAKE OSWEGO, OR 97035 |
| G. PROPERTY LOCATION | 2503 34TH AVENUE LONGVIEW, WA 98632 COWLITZ County 0-5311 LONGVIEW HOMESTEADS LOT 20 LOT 1 OF BLK 14 |
| H. SETTLEMENT AGENT | Cowlitz County Title Co. |
| PLACE OF SETTLEMENT | 1159 14th Avenue, Longview, WA 98632 |
| I. SETTLEMENT DATE: 10/3/2008 | PRORATION DATE: 10/3/2008   DISBURSEMENT DATE: 10/3/2008 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | | K. SUMMARY OF SELLER'S TRANSACTION | | |
|---|---|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | | **400. GROSS AMOUNT DUE TO SELLER** | | |
| 101 | Contract Sales Price | | 401. | Contract Sales Price | |
| 102 | Personal Property | | 402. | Personal Property | |
| 103 | Settlement charges to Borrower (line 1400) | 10,130.08 | 403 | | |
| 104. | Payoff to CARRINGTON MORTGAGE | 149,962.13 | 404 | | |
| 105. | Additional Payoffs | 28,099.14 | 405 | | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE | | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE | | |
| 106. | City/Town Taxes | | 406 | City/Town Taxes | |
| 107. | County Taxes | | 407. | County Taxes | |
| 108. | Assessments | | 408 | Assessments | |
| 109 | | | 409 | | |
| 110. | | | 410 | | |
| 111 | | | 411 | | |
| 112. | | | 412 | | |
| 113 | | | 413 | | |
| 114 | | | 414 | | |
| 115 | | | 415 | | |
| 120. | **GROSS AMOUNT DUE FROM BORROWER:** | 188,191.35 | 420. | **GROSS AMOUNT DUE TO SELLER:** | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | | |
| 201. | Deposit or earnest money | | 501. | Excess deposit (see instructions) | |
| 202. | Principal amount of new loan(s) | 192,375.00 | 502. | Settlement charges to Seller (line 1400) | |
| 203. | Existing loan(s) taken subject to | | 503. | Existing loan(s) taken subject to | |
| 204 | | | 504. | Payoff of first mortgage loan | |
| 205 | | | 505. | Payoff of second mortgage loan | |
| 206 | | | 506. | | |
| 207 | | | 507. | | |
| 208 | | | 508. | | |
| 209 | | | 509. | | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER | | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER | | |
| 210. | City/Town Taxes | | 510 | City/Town Taxes | |
| 211. | County Taxes | | 511. | County Taxes | |
| 212. | Assessments | | 512. | Assessments | |
| 213 | | | 513. | | |
| 214. | | | 514. | | |
| 215 | | | 515 | | |
| 216 | | | 516. | | |
| 217. | | | 517 | | |
| 218 | | | 518 | | |
| 219. | | | 519 | | |
| 220. | **TOTAL PAID BY/FOR BORROWER:** | 192,375.00 | 520 | TOTAL REDUCTIONS IN AMOUNT DUE SELLER: | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | | |
| 301. | Gross amount due from Borrower (line 120) | 188,191.35 | 601. | Gross amount due to Seller (line 420) | |
| 302. | Less amount paid by/for Borrower (line 220) | 192,375.00 | 602. | Less reduction in amount due Seller (line 520) | |
| 303. | CASH (☐ FROM) (☒ TO) BORROWER: | 4,183.65 | 603. | CASH (☐ FROM) (☐ TO) SELLER: | |

FINAL

| L. SETTLEMENT CHARGES | | | | ESCROW FILE NUMBER: 00158545-012 MMH | |
|---|---|---|---|---|---|
| 700. TOTAL | | | | | |
| BASED ON PRICES | | @ | %= | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | | | | |
| 701. $ | to | | | | |
| 702. $ | to | | | | |
| 703. Commission paid at settlement | | | | | |
| 704. | | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | | |
| 801. Loan Origination Fee | 1.0000 % to LOANSOURCE FUNDING | | | 1,900.00 | |
| 802. Loan Discount Fee | % | | | | |
| 803. Appraisal Fee | to WHITES APPRAISALS | | | 500.00 | |
| 804. Credit Report | | | | | |
| 805. Lenders Inspection Fee | | | | | |
| 806. Mortgage Insurance Application | | | | | |
| 807. Assumption Fee | | | | | |
| 808. BROKER ADMINISTRATION FE | to LOANSOURCE FUNDING | | | 1,005.00 | |
| 809. PROCESSING FEE | to LOANSOURCE FUNDING | | | 895.00 | |
| 810. ADMINISTRATION FEE | to HYPERION CAPITAL GROUP, LLC | | | 795.00 | |
| 811. YIELD SPREAD PREMIUM | to LOANSOURCE FUNDING | | (5,290.31) | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest From 10/03/08 to 10/01/08 | @ $34.2586 /day | % (-2 days) | | -68.52 | |
| 902. Mortgage Insurance Premium for | Month(s) to | | | | |
| 903. Hazard Insurance Premium for | Years(s) to | | | | |
| 904. | | | | | |
| 905. (MIP) FINANCED | to HUD | | | 2,375.00 | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | | |
| 1001. Hazard Insurance | months @ $ 67.17 | per month | | | |
| 1002. Mortgage Insurance | months @ $ 79.17 | per month | | | |
| 1003. City Property Taxes | months @ $ | per month | | | |
| 1004. County Property Taxes 2 | months @ $ 112.11 | per month | | 224.22 | |
| 1005. Annual Assessments | months @ $ | per month | | | |
| 1006. | months @ $ | per month | | | |
| 1007. | months @ $ | per month | | | |
| 1008. Aggregate Acct. Adj. | months @ $ | per month | | -44.94 | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Settlement or closing fee | to Cowlitz County Title Co. | | | 400.00 | |
| 1102. Abstract or title search | | | | | |
| 1103. Title examination | | | | | |
| 1104. Title insurance binder | | | | | |
| 1105. Document preparation | | | | | |
| 1106. Notary fees | | | | | |
| 1107. Attorney's Fees | | | | | |
| (includes above items numbers: | | | ) | | |
| 1108. Title Insurance | to Cowlitz County Title Co. | | | 388.00 | |
| (includes above items numbers: | | | ) | | |
| 1109. Lenders coverage | $ 192,375.00 | | | | |
| 1110. Owner's coverage | $ | | | | |
| 1111. Title Sales Tax | to Cowlitz County Title Co. | | | 29.88 | |
| 1112. Escrow Sales Tax | to Cowlitz County Title Co. | | | 30.80 | |
| 1113. EXP MAIL/HANDLING FEE to UPS | | | | 60.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. Recording Fees: Deed $ | Mortgage $ 75.00 | Release $ | | 75.00 | |
| 1202. City/County tax/stamps | Deed $ | Mortgage $ | | | |
| 1203. State tax/stamps | Deed $ | Mortgage $ | | | |
| 1204. | | | | | |
| 1205. RECONVEYANCE HANDLING FEES to TRUSTEES | | | | 300.00 | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. Survey | | | | | |
| 1302. Pest Inspection | | | | | |
| 1303. | | | | | |
| 1304. PAY ON ACCOUNT | to DSHS | | | | |
| 1305. PAY ON ACCOUNT | to DSHS | | | 203.00 | |
| 1306. PAY ON ACCOUNT | to DSHS | | | 325.00 | |
| 1307. 2ND 1/2 2008 TAXES | to COWLITZ COUNTY TREASURER | | | 85.00 | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on line 103,Section J - and - line 502, Section K) | | | | 672.64 | |
| | | | | 10,130.08 | |

Escrow Number 00158545-012 MMH

**BREAKDOWN OF PAYOFF ON HUD LINE 104**

| | | |
|---|---|---|
| CARRINGTON MORTGAGE SERVIC<br>LN# 1010485842<br>RE: DIETZ | **Description**<br>Principal Balance | **Amount**<br>143,138.55 |
| Loan # 1010485842 | Late Fees | 431.04 |
| | PrePayment Fees | 4,973.73 |
| | INTEREST TO 10-10-08 | 1,344.81 |
| | RECORDING FEE | 57.00 |
| | RECON/ RELEASE FEE | 17.00 |
| | **Total Payoff** | **149,962.13** |

Total as shown on HUD line 104.       149,962.13

**BREAKDOWN OF PAYOFF ON HUD LINE 105**

| | | |
|---|---|---|
| CENTENNIAL BANK<br>LN# 01100578802<br>RE: DIETZ | **Description**<br>Principal Balance | **Amount**<br>14,174.30 |
| Loan # 01100578802 | Late Fees | 10.00 |
| | Statement Fees | 10.00 |
| | INTEREST TO 10-09-08 | 391.84 |
| | DEMAND PREP | 30.00 |
| | RECONVEYANCE/ RELEASE FEE | 45.00 |
| | **Total Payoff** | **14,661.14** |

| | | |
|---|---|---|
| PORTLAND POSTAL FCU | **Description**<br>Principal Balance | **Amount** |
| | PAY ON ACCOUNT | 9,463.00 |
| | **Total Payoff** | **9,463.00** |

| | | |
|---|---|---|
| IMERGENT | **Description**<br>Principal Balance | **Amount** |
| | PAY ON ACCOUNT | 2,728.00 |
| | **Total Payoff** | **2,728.00** |

| | | |
|---|---|---|
| GEMB CARE | **Description**<br>Principal Balance | **Amount** |
| | PAY ON ACCOUNT | 1,247.00 |
| | **Total Payoff** | **1,247.00** |

Total as shown on HUD line 105       28,099.14



# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_____   _____
Borrower                      Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ FHA  ☐ Conventional  ☐ USDA/Rural Housing Service  ☐ Other (explain): | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount $ 207,313 | Interest Rate 7.000 % | No. of Months 360/360 | Amortization Type: ☑ Fixed Rate  ☐ GPM  ☐ Other (explain):  ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP)  **No. of Units: 1**
2503 34th Avenue, Longview, WA 98632  County: Cowlitz

Legal Description of Subject Property (attach description if necessary)  **Year Built**
See Preliminary Title report

Purpose of Loan: ☐ Purchase  ☑ Refinance  ☐ Construction  ☐ Construction-Permanent  ☐ Other (explain):
Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
| 2002 | $ 79,000 | $ | Cash-Out/Debt Consolidation | Cost: $ | |

Title will be held in what Name(s): **Timothy Dietz**
Manner in which Title will be held: **MARRIED MAN**
Estate will be held in: ☑ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
**Equity from Subject Property**

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | Timothy Dietz | |
| Social Security Number | 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 | |
| Home Phone (incl. area code) | 360-636-1765 | |
| DOB (mm/dd/yyyy) | 12/19/1958 | |
| Yrs. School | 12 | |

Borrower: ☑ Married (includes registered domestic partners)  ☐ Unmarried (includes single, divorced, widowed)  ☐ Separated
Dependents (not listed by Co-Borrower): No. 1  Ages 6

Co-Borrower: ☐ Married  ☐ Unmarried  ☐ Separated
Dependents: No. ___  Ages ___

Present Address (street, city, state, ZIP/country) ☑ Own ☐ Rent __6__ No. Yrs.
2503 34th Avenue
Longview, WA 98632 / United States

Present Address (street, city, state, ZIP/country) ☐ Own ☐ Rent ___ No. Yrs.
/ United States

Mailing Address, if different from Present Address

If residing at present address for less than two years, complete the following:

Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent ___ No. Yrs.
Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent ___ No. Yrs.

Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent ___ No. Yrs.
Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent ___ No. Yrs.

## IV. EMPLOYMENT INFORMATION

### Borrower

**Name & Address of Employer:** United States Postal Service, 1603 Larch Street, ~~Chehalis, WA 98532~~ LONGVIEW 98632
- Self Employed: ☐
- Yrs. on this job: 12 yr(s)
- Yrs. employed in this line of work/profession: 12

**Position/Title/Type of Business:** Mail Carrier/Manager
**Business Phone (incl. area code):** 360-423-1018

### Co-Borrower
(blank)

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:* (all subsequent employer blocks blank)

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 5,713.00 | $ | $ 5,713.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 1,292.00 | $ 1,379.26 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 35.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 200.00 |
| Net Rental Income | | | | Mortgage Insurance | | 93.61 |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 5,713.00 | $ | $ 5,713.00 | Total | $ 1,292.00 | $ 1,707.87 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income** — Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | Military Retirement | $ 1083.27 |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp2.frm 09/05

Page 2 of 5    Borrower / Co-Borrower    Freddie Mac Form 65  07/05

# VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed ☑ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES — Name and address of Company | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | $ Payment/Months | $ |
| **List checking and savings accounts below** | | | | |
| Name and address of Bank, S&L, or Credit Union: Navy Fed | | Name and address of Company: CARRINGMTG | $ Payment/Months | $ |
| Acct. no. 636701 | $ 109 | Acct. no. 1010485842 | * (1,292) /459 $ Payment/Months | 144,290 |
| Name and address of Bank, S&L, or Credit Union: NW Prot Cu | | Name and address of Company: WELLS FARGO 711 WEST BROADWAY TEMPE, AZ 85282 | | |
| Acct. no. | $ 500 | Acct. no. 50237406284949001 | * 576 /62 $ Payment/Months | 24,162 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company: CENTENNIAL BANK 18837 BROOKHURST ST STE FOUNTAIN VALLEY, CA 92708 | | |
| Acct. no. | $ | Acct. no. 1100576802 | * (237) /102 $ Payment/Months | 14,230 |
| Stocks & Bonds (Company name/number description) | $ | Name and address of Company: NAVY FEDERAL CR UNION 820 FOLLIN LN SE VIENNA, VA 22180 | | |
| Life insurance net cash value Face amount: $ | $ | Acct. no. 403216000772 Name and address of Company: PORTLAND POSTAL ECU PO BOX 16838 PORTLAND, OR 97292 | 275 /R $ Payment/Months | 13,732 |
| **Subtotal Liquid Assets** | $ 609 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Acct. no. 40675000002 Name and address of Company: TOYOTA MOTOR CREDIT 3806 NORTHUP WAY STE 300 BELLEVUE, WA 98004 | * 488 $ Payment/Months | 9,463 |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct. no. 704007611981890001 | 288 /43 $ | 8,193 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ 639 | |
| **Total Assets a.** | $ 609 | Net Worth (a minus b) ⇒ $ -219,506 | **Total Liabilities b.** | $ 220,115 |

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 2503 34th Avenue Longview, WA 98632 | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name | Creditor Name | Account Number

Fannie Mae Form 1003  07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower [signature]
Co-Borrower [signature]

Freddie Mac Form 65  07/05

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | |
|---|---|---|---|---|---|---|
| | $ | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | Borrower | | Co-Borrower | |
| a. Purchase price | | | Yes | No | Yes | No |
| b. Alterations, improvements, repairs | | a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| c. Land (if acquired separately) | | b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Refinance (incl. debts to be paid off) | 196,120.00 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| e. Estimated prepaid items | 1,921.38 | | | | | |
| f. Estimated closing costs | 6,031.13 | d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| g. PMI, MIP, Funding Fee | 3,063.75 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| h. Discount (if Borrower will pay) | | | | | | |
| i. Total costs (add items a through h) | 207,136.26 | | | | | |
| j. Subordinate financing | | | | | | |
| k. Borrower's closing costs paid by Seller | | | | | | |
| l. Other Credits (explain) | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| | | g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| | | h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| | | i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| | | j. Are you a U. S. citizen? | ☑ | ☐ | ☐ | ☐ |
| | | k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 204,250.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☐ | ☐ |
| | | m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | 3,063.00 | (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| o. Loan amount (add m & n) | 207,313.00 | | | | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -176.74 | (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

### IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors, or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate purpose through any source, including a source named in this application or a consumer reporting agency.

**Right to Receive Copy of Appraisal.** I/We have the right to a copy of the appraisal report used in connection with this application for credit provided that I/we have paid for the appraisal report. To obtain a copy, I/we must send Creditor a written request at the mailing address Creditor has provided. Creditor must hear from us no later than **90** days after Creditor notifies me/us about the action taken on this application, or I/we withdrew this application.
If you would like a copy of the appraisal report, contact: LoanSource Funding   16703 SE McGillivray Blvd. Ste. 215  Vancouver, WA 98683

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 9/3/08 | X | |

### X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian   ☐ Black or African American | Race: | ☐ American Indian or Alaska Native   ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☑ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☐ Female | ☑ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | | Name and Address of Interviewer's Employer |
|---|---|---|---|
| This application was taken by: | Loretta Wood | | LoanSource Funding |
| ☐ Face-to-face interview | Interviewer's Signature | Date | 16703 SE McGillivray Blvd. Ste. 215 |
| ☐ Mail | | 09/03/2008 | Vancouver, WA 98683 |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | | (P) 360-837-5416 |
| ☐ Internet | 360-828-0418 | | (F) |

Fannie Mae Form 1003  07/05
CALYX Form Loanapp4.frm (04/08)                                    Page 4 of 5                                   Freddie Mac Form 65  07/05

SEP 11 2008
HYPERION

# Continuation Sheet/Residential Loan Application

| | | | |
|---|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Timothy Dietz | | Agency Case Number: |
| | Co-Borrower: | | Lender Case Number: |

## VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>IMERGENT | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 41009916 | 232/13 | 2,728 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>GEMB/CARE CREDIT<br>PO BOX 981439<br>EL PASO, TX 79998 | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 601918210057 | 38/R | 1,247 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS, NV 89193 | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 4447962120728262 | 25/R | 815 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>CAP ONE<br>1500 CAPITAL ONE DRIVE<br>RICHMOND, VA 23285 | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 517805731897 | 15/R | 488 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040 | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 4323245914020 | 5/R | 140 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>Cap One<br>(non-borrowering wife's account) | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 5178057266776 | 16/(R) | 500 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>Lane Bryant<br>(non-borroering wife's account) | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 6978000078628903 | 10/(R) | 187 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date 9/3/08 | Co-Borrower's Signature: X | Date |
|---|---|---|---|

Fannie Mae Form 1003 / 07/05
CALYX Form 1003 Lnq5S1st.frm 9/05

Page 5 of 5

Freddie Mac Form 65 07/05

| Continuation Sheet/Residential Loan Application | | | |
|---|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: **Timothy Dietz** | Agency Case Number: | |
| | Co-Borrower: | Lender Case Number: | |

## VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>Macy's | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 4323245914020 | $/(R) | 140 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature:<br>X [signature] | Date 9/3/08 | Co-Borrower's Signature:<br>X | Date |
|---|---|---|---|

Fannie Mae Form 1003 07/05
CALYX Form 1003 LoanSeas.frm 8/05

Page 5 of 5

Freddie Mac Form 65 07/05

Case 3:13-cv-05948-RJB   Document 19-2   Filed 02/07/14   Page 13 of 18

| Continuation Sheet/Residential Loan Application | | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Timothy Dietz | Agency Case Number: |
| | Co-Borrower: | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X (signed) | 9/15/08 | X | |

Freddie Mac Form 65   07/05
CALYX Form Loanapp1.frm 09/05

Page 5 of 5

Fannie Mae Form 1003   07/05

COPY

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Loan Number: 4047861  
Creditor: HYPERION CAPITAL GROUP, LLC  
Address: 5885 SW MEADOWS ROAD, SUITE 850, LAKE OSWEGO, OREGON 97035  

Date: SEPTEMBER 25, 2008

Borrower(s): TIMOTHY J. DIETZ

Address: 2503 34TH AVENUE, LONGVIEW, WASHINGTON 98632

Lines containing an "x" are applicable:

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. | ☐ Total Sale Price  The total cost of your purchase on credit including your down payment of $ |
|---|---|---|---|---|
| 7.279 % | $263,068.13 | $184,520.74 | $447,588.87 | $ |

PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payment ** | When Payments Are Due | Number of Payments | Amount of Payment ** | When Payments Are Due | Number of Payments | Amount of Payment ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning | | | Monthly Beginning | | | Monthly Beginning |
| 12 | 1,294.71 | 11/01/08 | 225 | 1,215.94 | 02/01/20 | | | |
| 12 | 1,293.79 | 11/01/09 | | | | | | |
| 12 | 1,292.82 | 11/01/10 | | | | | | |
| 12 | 1,291.78 | 11/01/11 | | | | | | |
| 12 | 1,290.68 | 11/01/12 | | | | | | |
| 12 | 1,289.50 | 11/01/13 | | | | | | |
| 12 | 1,288.23 | 11/01/14 | | | | | | |
| 12 | 1,286.89 | 11/01/15 | | | | | | |
| 12 | 1,285.45 | 11/01/16 | | | | | | |
| 12 | 1,283.92 | 11/01/17 | | | | | | |
| 12 | 1,282.29 | 11/01/18 | | | | | | |
| 3 | 1,280.55 | 11/01/19 | | | | | | |

_____ DEMAND FEATURE: This obligation has a demand feature.

_____ VARIABLE RATE FEATURE: Your loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

INSURANCE: The following insurance is required to obtain credit:  
_____ Credit life insurance and credit disability   __X__ Property Insurance   _____ Flood Insurance   __X__ Mortgage Insurance  
You may obtain property insurance from any insurer that is acceptable to the Lender.

SECURITY: You are giving a security interest in: 2503 34TH AVENUE, LONGVIEW, WASHINGTON 98632  
_____ The goods or property being purchased   __X__ Real property you already own.

FILING FEES:   $

LATE CHARGE: If payment is more than ___15___ days late, you will be charged ___4.000___% of the payment.

PREPAYMENT: If you pay off early, you  
_____ may   __X__ will not   have to pay a penalty.  
__X__ may   _____ will not   be entitled to a refund of part of the finance charge.

ASSUMPTION: Someone buying your property  
_____ may   __X__ may, subject to conditions   _____ may not   assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.

__X__ "e" means an estimate   _____ all dates and numerical disclosures except the late payment disclosures are estimates.

Each of the undersigned acknowledge receipt of a complete copy of this disclosure. The disclosure does not constitute a contract or a commitment to lend.

Applicant  TIMOTHY J. DIETZ    Date 9/26/08        Applicant _____ Date _____

Applicant _____ Date _____        Applicant _____ Date _____

Applicant _____ Date _____        Applicant _____ Date _____

** NOTE: Payments shown above do not include reserve deposits for taxes, assessments, and property or flood insurance.

FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT  
05/17/06

DocMagic eForms 800-649-1362  
www.docmagic.com

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicants: **Timothy Dietz** | Prepared By: **LoanSource Funding** |
| Property Address: **2503 34th Avenue** | **16703 SE McGillivray Blvd. Ste. 215** |
| **Longview, WA 98632** | **Vancouver, WA 98683** |
| Application No: **Dietz** | Date Prepared: **09/26/2008**   Ph: **360-687-2549** |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| * 7.646 % | $ * 281,853.42 | $ * 184,387.00 | $ * 486,240.42 |

☑ REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit

PAYMENTS: Your payment schedule will be:

| No. of Pmts | Amount of Payments ** | Payments Due | No. of Pmts | Amount of Payments ** | Payments Due | No. of Pmts | Amount of Payments ** | Payments Due | No. of Pmts | Amount of Payments ** | Payments Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 359 | 1,295.11 | Monthly Beginning: 11/01/2008 | | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 1 | 1,295.93 | 10/01/2038 | | | | | | | | | |

☑ DEMAND FEATURE: This obligation has a demand feature.
☐ VARIABLE RATE FEATURE: This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

CREDIT LIFE/CREDIT DISABILITY: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature | |
|---|---|---|---|
| Credit Life | | I want credit life insurance. | Signature: |
| Credit Disability | | I want credit disability insurance. | Signature: |
| Credit Life and Disability | | I want credit life and disability insurance. | Signature: |

INSURANCE: The following insurance is required to obtain credit:
☐ Credit life insurance  ☐ Credit disability  ☑ Property insurance  ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☐ If you purchase  ☑ property  ☐ flood insurance from creditor you will pay $          for a one year term.
SECURITY: You are giving a security interest in: **2503 34th Avenue, Longview WA 98632**
☐ The goods or property being purchased  ☑ Real property you already own.
FILING FEES: $ **150.00**
LATE CHARGE: If a payment is more than `5 days late, you will be charged  **5.000** % of the payment
PREPAYMENT: If you pay off early, you  ☐ may  ☑ will not  have to pay a penalty.
                                        ☑ may  ☐ will not  be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
☐ may   ☐ may, subject to conditions   ☑ may not  assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties  ☑ * means an estimate   ☑ all dates and numerical disclosures except the late payment disclosures are estimates.

* * NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

_____  9/26/08      _____
Applicant  **Timothy Dietz**    Date         Applicant               Date

_____              _____
Applicant                 Date         Applicant               Date

_____
Lender                   Date

Calyx Form - til.frm (04/08)

# TRUTH-IN LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicants: Timothy Dietz
Property Address: 2503 34th Avenue
Longview, WA 98632
Application No: Dietz

Prepared By: LoanSource Funding
16703 SE McGillivray Blvd. Ste. 215
Vancouver, WA 98683
Date Prepared: 09/03/2008   Ph: 360-828-5418

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| * 8.102 % | $ * 332,109.73 | $ * 198,121.74 | $ * 530,231.47 |

[✓] REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit
PAYMENTS: Your payment schedule will be:

| No. of Pmts | Amount of Payments ** | Payments Due Monthly Beginning: | No. of Pmts | Amount of Payments ** | Payments Due Monthly Beginning: | No. of Pmts | Amount of Payments ** | Payments Due Monthly Beginning: | No. of Pmts | Amount of Payments ** | Payments Due Monthly Beginning: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 359 | 1,472.87 | 12/01/2008 | | | | | | | | | |
| 1 | 1,471.14 | 11/01/2038 | | | | | | | | | |

[✓] DEMAND FEATURE: This obligation has a demand feature.
[ ] VARIABLE RATE FEATURE: This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

CREDIT LIFE/CREDIT DISABILITY: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature |
|---|---|---|
| Credit Life | | I want credit life insurance. Signature: |
| Credit Disability | | I want credit disability insurance. Signature: |
| Credit Life and Disability | | I want credit life and disability insurance. Signature: |

INSURANCE: The following insurance is required to obtain credit:
[ ] Credit life insurance [ ] Credit disability [✓] Property insurance [ ] Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
[ ] If you purchase [✓] property [ ] flood insurance from creditor you will pay $         for a one year term.
SECURITY: You are giving a security interest in: 2503 34th Avenue, Longview WA 98632
[ ] The goods or property being purchased   [✓] Real property you already own.
FILING FEES: $ 150.00
LATE CHARGE: If a payment is more than  `5 days late, you will be charged   5.000 % of the payment
PREPAYMENT: If you pay off early, you  [ ] may [✓] will not  have to pay a penalty.
                                         [✓] may [ ] will not  be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
[ ] may  [ ] may, subject to conditions  [✓] may not  assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties   [✓] * means an estimate   [✓] all dates and numerical disclosures except the late payment disclosures are estimates.

* * NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

Applicant  Timothy Dietz          Date 9/3/08          Applicant          Date

Applicant          Date          Applicant          Date

Lender          Date

Calyx Form - tildrm (04/08)

## GOOD FAITH ESTIMATE

| | |
|---|---|
| Applicants: Timothy Dietz | Application No: Dietz |
| Property Address: 2503 34th Avenue, Longview, WA 98632 | Date Prepared: 09/25/2008 |
| Prepared By: LoanSource Funding Ph. 360-567-2549 | Loan Program: FHA 30 Fixed |
| 16703 SE McGillivray Blvd. Ste. 215, Vancouver, WA 98683 | |

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - actual charges may be more or less. Your transaction may not involve a fee for every item listed. The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

Total Loan Amount: $ 192,375    Interest Rate: 6.500 %    Term/Due in: 360 / 360 mths

* PFC = Prepaid Finance Charge
F = FHA Allowable Closing Cost
POC = Paid Outside of Closing

| Line No. | Description | Paid To: Company Name | Amount | Paid By | * PFC/F/POC |
|---|---|---|---|---|---|
| 800 | ITEMS PAYABLE IN CONNECTION WITH LOAN: | | | | |
| 801 | Loan Origination Fee | | $ | | ✓ |
| 802 | Loan Discount | | $ | | ✓ |
| 803 | Appraisal Fee | | $ 500.00 | | ✓ |
| 804 | Credit Report | | $ | | ✓ |
| 805 | Lender's Inspection Fee | | $ | | ✓ |
| 808 | Mortgage Broker Fee | | $ 1,905.00 | | ✓ |
| 809 | Tax Service Fee | | $ 75.00 | | ✓ |
| 810 | Processing Fee | | $ 895.00 | | ✓ |
| 811 | Underwriting Fee | | $ 795.00 | | ✓ |
| 812 | Wire Transfer Fee | | $ 25.00 | | ✓ |
| | Flood Certification Fee | | $ 18.00 | | ✓ |
| | admin fee | | $ 1,005.00 | | ✓ |
| | Compensation to Broker from Lender (Not Paid out of Applicant's Loan Proceeds) | | | | |
| | | % | $ 5,290.31 | | |
| 1100 | TITLE CHARGES: | | | | |
| 1101 | Closing/Escrow Fee: | | $ 400.00 | | ✓ |
| 1108 | Title insurance: | | $ 388.00 | | |
| | title and escrow sales tax | | $ 60.68 | | |
| | courier | | $ 60.00 | | |
| | reconveyance | | $ 300.00 | | |
| 1200 | GOVERNMENT RECORDING & TRANSFER CHARGES: | | | | |
| 1201 | Recording Fees: | | $ 75.00 | | |
| 1300 | ADDITIONAL SETTLEMENT CHARGES: | | | | |
| | taxes | | $ 672.64 | | |
| | | Estimated Closing Costs | $ 7,169.32 | | |
| 900 | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | | | |
| 901 | Interest | | $ | | ✓ |
| 902 | Mtg Ins. Premium | | $ 2,375.00 | | ✓ |
| 903 | Hazard Ins. Premium | 12 mth(s) @ $ 67.17 / mth | $ 806.04 | Seller | |
| 904 | Property Tax Proration | | $ | | |
| 1000 | RESERVES DEPOSITED WITH LENDER: | | | | |
| 1001 | Hazard Ins. Premium: | | $ | | |
| 1002 | Mtg Ins. Premium Reserves | 0 mth(s) @ $ 79.17 / mth | $ | | ✓ |
| 1004 | Taxes & Assessment Reserves | 2 mth(s) @ $ 112.11 / mth | $ 224.22 | | |
| | | | $ -44.94 | | |

Initials: [signature]    Initials: _____

Calyx Form - gfe.frm (04/08)    Page 1 of 2

# GOOD FAITH ESTIMATE

| Applicants: | Timothy Dietz | | |
|---|---|---|---|
| Property Address: | 2503 34th Avenue, Longview, WA 98632 | Application No: | Dietz |
| Prepared By: | LoanSource Funding Ph. 360-567-2549 | Date Prepared: | 09/26/2008 |
| | 16703 SE McGillivray Blvd. Ste. 215, Vancouver, WA 98683 | Loan Program: | FHA 30 Fixed |

Total Loan Amount: $ 192,375     Interest Rate: 6.500 %     Term/Due In: 360 / 360 mths

*PFC = Prepaid Finance Charge
F = FHA Allowable Closing Cost
POC = Paid Outside of Closing

| Line No. | Description | Paid To: Company Name | Amount | Paid By | *PFC/F/POC |
|---|---|---|---|---|---|
| | | *Estimated Prepaid Items / Reserves* | $ 3,360.32 | | |
| **TOTAL ESTIMATED SETTLEMENT CHARGES** | | | $ 10,529.64 | | |

[✓] This Good Faith Estimate is being provided by **LoanSource Funding**, a mortgage broker, and no lender has been obtained. These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender. If your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned acknowledges receipt of the booklet 'Settlement Costs,' and if applicable the Consumer Handbook on ARM Mortgages.

_____  9/26/08      _____
Applicant                 Date            Applicant            Date

Calyx Form - gfe.frm (04/08)          Page 2 of 2