# EXHIBIT

# P

# NOTICE OF CONTINUANCE OF TRUSTEE SALE

Quality Loan Service Corp.
of Washington
2141 5th Avenue
San Diego, CA 92101



7103 9628 5942 0393 0069

WA-11-488030-SH
Resident
2503 34TH AVENUE
LONGVIEW, WA 98632



11685104



*VU02*

this page intentionally left blank

this page intentionally left blank



# Notice of Continuance of Trustee's Sale
# R.C.W. Section 61.24.040 (6)

TS Number: WA-11-488030-SH

Trustor: TIMOTHY J. DIETZ, A MARRIED MAN

Trustee: QUALITY LOAN SERVICE CORPORATION OF WASHINGTON

Property Address: 2503 34TH AVENUE, LONGVIEW, WA 98632

In compliance with R.C.W. 61.24.040 (6), you are hereby notified that the Trustee's Sale of the above-referenced Property has been postponed to **11:00 AM** on **3/8/2013** at **The entrance of the Cowlitz County Administration Building, 207 4th Avenue North, Kelso, WA 98626**. In further compliance with the statute, we also have caused or will cause this postponement to be announced by public proclamation at the time and place fixed for the sale, as stated in the Notice of Sale or previous Notice of Continuance of Trustee's Sale(s).

If you have any questions relative to this or any future postponements you may reach Quality Loan Service Corp. at 866-645-7711 or the sales line at 714-730-2727.

this page intentionally left blank

this page intentionally left blank