# EXHIBIT

# Q

# LETTER FROM WELLS FARGO HOME MORTGAGE DATED 1/31/2013

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368



**WELLS FARGO | HOME MORTGAGE**

01/31/13

1AB        01149/009565/002070 0043    1 AGPXURFC003 708
TIMOTHY J DIETZ
2503 34TH AVENUE
LONGVIEW, WA  98632-4703

| Account Information | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | 1-866- 278-1179 |
| Telephone: | 1-800- 416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 8 a.m.-8 p.m. CT |
| Loan Number: | 0210180881 |
| Property Address: | 2503 34th Avenue |
| | Longview WA 98632 |

Subject: Your foreclosure sale date has changed

Dear Timothy J Dietz:

I am writing to provide you with important and time-sensitive information about the mortgage noted above. **The foreclosure sale date of your mortgaged property has changed and is now scheduled for 03/08/13**.

Please take note of this new foreclosure sale date and keep this letter for your records. And, it's important that you respond to any phone calls or communications from us about mortgage assistance or your foreclosure situation.

As your Home Preservation Specialist, I'm here to help answer any questions about the information in this letter. I can be reached at the phone number below.

Sincerely,

*Ruquiyah Anthony*

Ruquiyah Anthony
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-877-762-8155 ext. 24006
Fax: 1-866-590-8910

Please be advised that Wells Fargo Home Mortgage may be attempting to collect a debt and any information obtained may be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and however we have a security interest in the property and will only exercise our rights as against the property.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N. A. © 2013 Wells Fargo Bank, N. A. All rights reserved. Equal Housing Lender. NMLSR ID 399801



WFM307P
FC003 708
009565/002070 AGPXUR S2-ET-M1-C003

7080210180881FC003