# EXHIBIT

# T

# LETTER TO WELLS FARGO HOME MORTGAGE DATED 4/17/2013

* * * Communication Result Report ( May. 16. 2013 5:10PM ) * * *

Fax Header) FRED MEYER #185 CID 360-425-5749

Date/Time: May. 16. 2013 5:09PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7469 | Memory TX | 18662781179 | P. 1 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

4/17/2013

Timothy J Dietz
2503 34th Ave
Longview Wa 98632
360-442-9832
timthepostman@yahoo.com
Loan Number: 708-0210180881

Subj: Documents Request and demand to cease collection/foreclosure Activities

I have previously asked for documents to be sent to me in order to validate certain requirements but WFHM has refused to cooperate. I have strong reasons to believe that WFHM is involved in fraudulent activities. If you insist on a subpoena then that is what I will have to do. So far you have sent me a copy of a copy of the note that does not have WFHM anywhere on it. You have sent me copies of closing documents that do not have WFHM anywhere on it. You have sent me a copy of a copy of the Deed of Trust that does not have WFHM anywhere on it. You have not sent me any Assignment of Deed of Trust that would give you the right to collect anything from me.

There are certain requirements under Federal laws and State laws that you have not met. There are certain requirements within the Deed of Trust that you have not met. To help clear up any illegal activities that may be occurring and which WFHM will be accountable for I would like for you to send me an assignment of the Deed of Trust that would give you the right to collect. Please send that to the address or email listed above.

Whenever a note is purchased, as you have claimed you have purchased, federal law requires you to notify me of such an occurrence. You have never sent me that letter and that is a condition precedent that MUST occur in order to give you legal standing in a foreclosure. I am still entitled to that notice and would like for you to send that notice to me to the address or email listed above.

There are also certain requirements within the deed of trust that you must follow. Under article 18 it states "Lender shall give written notice to Trustee of the occurrence of an event of default and of Lenders election to cause the property to be sold. I have strong reasons to believe that the Lender never sent this written notice to the Trustee. If I am wrong then please forward a copy of that notice to me to the address or email above.

Also under section 9(b) of the Deed of Trust the Lender is to receive prior approval from HUD but that has not happened as WFHM continues to not want to cooperate. If this approval has been obtained then I request that you send me a copy of this approval to the address or email above.

I want to thank you for your prompt attention to this matter as these elements are crucial in order to conduct a valid sale of real estate.

Timothy Dietz

4/17/2013

Timothy J Dietz
2503 34th Ave
Longview Wa 98632
360-442-9832
timthepostman@yahoo.com
Loan Number: 708-0210180881

Subj: Documents Request and demand to cease collection/foreclosure Activities

I have previously asked for documents to be sent to me in order to validate certain requirements but WFHM has refused to cooperate. I have strong reasons to believe that WFHM is involved in fraudulent activities. If you insist on a subpoena then that is what I will have to do. So far you have sent me a copy of a copy of the note that does not have WFHM anywhere on it. You have sent me copies of closing documents that do not have WFHM anywhere on it. You have sent me a copy of a copy of the Deed of Trust that does not have WFHM anywhere on it. You have not sent me any Assignment of Deed of Trust that would give you the right to collect anything from me.

There are certain requirements under Federal laws and State laws that you have not met. There are certain requirements within the Deed of Trust that you have not met. To help clear up any illegal activities that may be occurring and which WFHM will be accountable for I would like for you to send me an assignment of the Deed of Trust that would give you the right to collect. Please send that to the address or email listed above.

Whenever a note is purchased, as you have claimed you have purchased, federal law requires you to notify me of such an occurrence. You have never sent me that letter and that is a condition precedent that MUST occur in order to give you legal standing in a foreclosure. I am still entitled to that notice and would like for you to send that notice to me to the address or email listed above.

There are also certain requirements within the deed of trust that you must follow. Under article 18 it states "Lender shall give written notice to Trustee of the occurrence of an event of default and of Lenders election to cause the property to be sold. I have strong reasons to believe that the Lender never sent this written notice to the Trustee. If I am wrong then please forward a copy of that notice to me to the address or email above.

Also under section 9(b) of the Deed of Trust the Lender is to receive prior approval from HUD but that has not happened as WFHM continues to not want to cooperate. If this approval has been obtained then I request that you send me a copy of this approval to the address or email above.

I want to thank you for your prompt attention to this matter as these elements are crucial in order to conduct a valid sale of real estate.

Timothy Dietz