# EXHIBIT

# W

# NOTICE OF INTENT TO LITIGATE TO QUALITY LOAN SERVICE CORP. OF WASHINGTON DATED 4/19/2013

4/19/2013

Timothy J Dietz
2503 34th Ave
Longview Wa 98632
360-442-9832
T.S. Number: WA-11-488030-SH

Quality Loan Service Corp. of Washington
2141 5th Ave
San Diego Ca 92101

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit a final opportunity to amicably cure **Quality Loan Service Corp. of Washington** requisite violations of Washington State RCW 61.24, requisite violations of the Deed of Trust you are attempting to foreclose on and violations of the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C.

The sale of my house is scheduled a couple of hours from now. I have previously sent you a letter listing violations of requisites to a foreclosure but to date have not received verification of these requirements. I can only assume that you feel confident of your adherence to these requirements. If you feel your position is true then you have nothing to be concerned about. However, should the court find otherwise then it would open the door to a wrongful foreclosure and the penalties that go along with it. If **Quality Loan Service Corp. of Washington** chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law. Other Federal and State law violations will be included. You then must consider, "did he learn enough in his studies in order to prevail and is it worth the cost to me find out?"

I can be reached directly at 360-442-9832(cell).  This cell number is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

_____

Tim Dietz

- 1