THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, | Civil Case No.: CV-13 5948-RJB |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| QUALITY LOAN SERVICE CORP. OF WASHINGTON; | |
| WELLS FARGO HOME MORTGAGE; | |
| WELLS FARGO BANK, N.A., | |
| MCCARTHY AND HOLTHUS, LLP, | |
| DOE DEFENDANTS 1 - 20 | |
| Defendants. | |

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to Ronald E. Beard and Abraham K. Lorber this 7th day of February, 2014.

Respectfully,

/s/ Timothy Dietz

Timothy Dietz
2503 34th Ave

CERTIFICATE OF SERVICE

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832

- 1 of 2 -

Longview WA 98632
360-442-9832
timthepostman@yahoo.com

CERTIFICATE OF SERVICE

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832