THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br><br>WELLS FARGO HOME MORTGAGE;<br><br>WELLS FARGO BANK, N.A.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>MERSCORP, INC.,<br><br>MCCARTHY AND HOLTHUS, LLP,<br><br>DOE DEFENDANTS 1 - 20<br><br>    Defendants. | Civil Case No.: CV-13 5948-RJB<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to Ronald E. Beard and Abraham K. Lorber this 10th day of February, 2014.

Respectfully,

 /s/ Timothy Dietz

CERTIFICATE OF SERVICE

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

CERTIFICATE OF SERVICE

Timothy Dietz, pro se
2503 34th Ave
Longview Washington 98632
360-442-9832

- 2 of 2 -