UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE;  WELLS FARGO BANK,N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERSCORP, INC.; McCARTHY & HOLTHUS LLP; DOE DEFENDANTS 1-20,<br><br>　　　　　　Defendants. | CASE NO. C13-5948 RJB<br><br>ORDER REGARDING AMENDED COMPLAINT AND INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

This matter comes before the Court on review of the record.  Pursuant to this Court's Order (Dkt. 15), on February 7, 2014, Plaintiff filed an Amended Complaint.  Dkts. 18 and 19.  On February 10, 2014, Plaintiff filed a second Amended Complaint.  Dkt. 20.  Plaintiff's second Amended Complaint (Dkt 20) will be considered the operative complaint.  Court rules require

- 1

1 | that Plaintiff serve summons and the Amended Complaint on all named Defendants.  Fed. R.
2 | Civ. P. 4.

3 | The initial scheduling dates set forth in Dkt. 3 are renoted as follows:[1]

4 |     Deadline for FRCP 26(f) Conference:    4/28/2014

5 |     Initial Disclosures Pursuant to FRCP 26(a)(1):    5/5/2014

6 |     Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f)
7 |     and Local Civil Rule 26(f):    5/12/2014

8 | Dated this 11TH of February, 2014.

                    */s/ Robert J. Bryan*
                    ROBERT J. BRYAN
                    United States District Judge

---

[1] This Order provides the additional time sought in Plaintiff's Motion for an extension of time.  Accordingly, Plaintiff's Motion (Dkt. 16) is **MOOT.**

- 2