THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, | Civil Case No.: 3:13-cv-05948-RJB |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| QUALITY LOAN SERVICE CORP. OF WASHINGTON; | |
| WELLS FARGO HOME MORTGAGE; | |
| WELLS FARGO BANK, N.A., | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| MERSCORP, INC., | |
| MCCARTHY AND HOLTHUS, LLP, | |
| DOE DEFENDANTS 1 - 20 | |
| Defendants. | |

    I HEREBY CERTIFY that a true and correct copy of the second amended complaint along with a "waiver of service of summons package (Letter, Request to Waive Service [AO 398], Waiver of Service [AO 399] )" has been mailed to all Defendants via the United States Postal Service on the 15th day of February, 2014 at the following addresses:

Certified Mail # 7012 1010 0001 9606 3306
CERTIFICATE OF SERVICE
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

Quality Loan Service Corp. Of Washington
19735 10th Ave NE
Suite N200
Poulsbo WA 98370

Certified Mail # 7012 1010 0001 9606 3313
Wells Fargo Home Mortgage
1 Home Campus
Des Moines IA 50328

Certified Mail # 7012 1010 0001 9606 3320
Wells Fargo Bank, N.A.
464 California St
San Francisco CA 94104

Certified Mail # 7012 1010 0001 9606 3337
MERSCORP Holdings, INC.
1818 Library Street
Reston VA 20190

Certified Mail # 7012 1010 0001 9606 3344
Mortgage Electronic Registration Systems, INC. (MERS)
1818 Library Street
Reston VA 20190

Certified Mail # 7012 1010 0001 9606 3351
McCarthy and Holthus, LLP
19735 10th Ave NE
Suite N200
Poulsbo WA 98370

Dated February 15, 2014

Respectfully,

  /s/ Timothy Dietz

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

CERTIFICATE OF SERVICE
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832