THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, <br><br> Plaintiff, <br><br> v. <br><br> QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERSCORP, INC.; McCARTHY & HOLTHUS LLP; DOE DEFENDANTS 1-20, <br><br> Defendants | No. 13-05948-RJB <br><br> **ORDER GRANTING DEFENDANTS WELLS FARGO AND MERS'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **[PROPOSED]** <br><br> Noted for consideration: <br> March 21, 2013 |

This matter having come before the Court on Defendants Wells Fargo and MERS's Motion to Dismiss Plaintiff's Second Amended Complaint, all parties having received notice of and an opportunity to respond to the motion, the Court having reviewed all pleadings filed by all parties related to the motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby:

ORDERED that Defendants Wells Fargo and MERS's Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED. Defendants Wells Fargo Home Mortgage, Wells Fargo Bank, N.A., Mortgage Electronic Registration Systems, Inc., and MERSCorp., Inc. are dismissed from this lawsuit with prejudice.

//

ORDER GRANTING DEFENDANTS WELLS FARGO AND MERS'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT - 1
No. CV-13-05948-RJB

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

IT IS SO ORDERED.

Done in open court _____.

_____
HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC


By  s/Abraham K. Lorber
    Ronald E. Beard, WSBA No. 24014
    beardr@lanepowell.com
    Abraham K. Lorber, WSBA No. 40668
    lorbera@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    PO Box 91302
    Seattle, WA  98111-9402
    Telephone:  206.223.7000
    Fax:  206.223.7107

Attorneys for Defendants Wells Fargo Home Mortgage, Inc., Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc.

ORDER GRANTING DEFENDANTS WELLS FARGO AND MERS'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT - 2
No. CV-13-05948-RJB

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I certify that on the date indicated below, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Timothy Dietz
2503 34th Ave.
Longview, WA  98632
timthepostman@yahoo.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED February 24, 2014 at Seattle, Washington


                s/Patricia King
                Patricia King

ORDER GRANTING DEFENDANTS WELLS FARGO
AND MERS'S MOTION TO DISMISS PLAINTIFF'S SECOND
AMENDED COMPLAINT - 3
No. CV-13-05948-RJB

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107