UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY DIETZ,

    Plaintiff,

v.

QUALITY LOAN SERVICE CORP. OF WASHINGTON;
WELLS FARGO HOME MORTGAGE;
WELLS FARGO BANK N.A.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
MERS CORPS, INC.;
MCCARTHY & HOLTHUS, LLP.;
DOE DEFENDANTS 1-20,

    Defendants.

Case No.: CV13-5948-RJB

**NOTICE OF APPEARANCE
OF MCCARTHY & HOLTHUS, LLP**

**TO:** THE CLERK OF THE COURT

**AND TO:** TIMOTHY DIETZ

**AND TO:** ALL PARTIES NAMED HEREIN

**AND TO:** ALL PARTIES OF INTEREST HERETO

    PLEASE TAKE NOTICE that McCarthy & Holthus, LLP., hereby appears in this matter through its attorney, Robert W. McDonald of McCarthy & Holthus, LLP.

    Said appearance is without waiving any of its defenses, including, without limitation, the defenses of:

    1.    Lack of Jurisdiction of the Subject Matter;

Notice of Appearance  (CV13-5948-RJB) Page 1
MH #WA-14-614695-CV

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

2. Lack of Jurisdiction over the Person;

3. Improper Venue;

4. Insufficiency of Process;

5. Insufficiency of Service of Process;

6. Failure to State a Claim upon which Relief may be Granted; and,

7. Failure to Join a Party.

PLEASE ALSO TAKE NOTICE that all further notices and copies of pleadings, correspondence, and other material relevant to this action, exclusive of original service of process, should be directed to its attorneys as follows:

**Robert W. McDonald, Esq.**
19735 10th Ave. NE, Suite N200
Poulsbo, WA 98370
rmcdonald@mccarthyholthus.com
ahall@mccarthyholthus.com

Dated: March 7, 2014

                                              MCCARTHY & HOLTHUS, LLP

                                              */s/ Robert W. McDonald*
                                              Robert W. McDonald, Esq. WSBA #43842
                                              Attorney for McCarthy & Holthus, LLP

Notice of Appearance (CV13-5948-RJB) Page 2
MH #WA-14-614695-CV

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862