UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, | Case No.:  CV13-5948-RJB |
| Plaintiff, | |
| v. | |
| QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERS CORPS, INC.; MCCARTHY & HOLTHUS, LLP.; DOE DEFENDANTS 1-20, | CERTIFICATE OF SERVICE |
| Defendants. | |

I certify that on March 7, 2014, I caused a copy of Defendant's Quality Loan Service Corporation and McCarthy & Holthus, LLP, Notice of Appearance to be served on the following in the manner specified below:

| | |
|---|---|
| Timothy Dietz<br>2503 34th Ave.<br>Longview, WA 98632 | Legal Messenger<br>X  First Class Mail<br>Email |

//

//

//

Certificate of Service (CV13-5948-RJB) Page 1
MH #WA-14-614695-CV

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

1        I declare under penalty of perjury under the laws of the United States of America and the

2    State of Washington that the foregoing Certificate of Service is true and correct and that this

3    Declaration was executed in Seattle, Washington.

4    Dated: March 7, 2014

5

6

7                             John Petri, Legal Assistant

8                             McCarthy & Holthus, LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862