UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>     Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br>WELLS FARGO HOME MORTGAGE;<br>WELLS FARGO BANK N.A.;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;<br>MERS CORPS, INC.;<br>MCCARTHY & HOLTHUS, LLP.;<br>DOE DEFENDANTS 1-20,<br><br>     Defendants. | Case No.:  CV13-5948-RJB<br><br>CERTIFICATE OF SERVICE |

    I certify that on March 7, 2014, I caused a copy of Defendant's Quality Loan Service Corporation and McCarthy & Holthus, LLP, Notice of Appearance to be served on the following in the manner specified below:

| Timothy Dietz<br>2503 34th Ave.<br>Longview, WA 98632 |    Legal Messenger<br>X First Class Mail<br>   Email |
|---|---|

//

//

//

Certificate of Service (CV13-5948-RJB) Page 1
MH #WA-14-614695-CV

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing Certificate of Service is true and correct and that this Declaration was executed in Seattle, Washington.

Dated: March 7, 2014

John Petri, Legal Assistant
McCarthy & Holthus, LLP

Certificate of Service (CV13-5948-RJB) Page 2
MH #WA-14-614695-CV

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo WA 98370
PH: (206) 319-9100
FAX: (206) 780-6862