THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

TIMOTHY DIETZ,

      Plaintiff,

    vs.

QUALITY LOAN SERVICE CORP. OF
WASHINGTON;

WELLS FARGO HOME MORTGAGE;

WELLS FARGO BANK, N.A.,

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

MERSCORP, INC.,

MCCARTHY & HOLTHUS, LLP,

DOE DEFENDANTS 1 - 20

      Defendants.

Civil Case No.:  3:13-cv-05948-RJB

**MOTION FOR AN ENLARGEMENT
OF TIME**

NOTE ON MOTION CALENDAR:
April 24, 2014

## MOTION FOR ENLARGEMENT OF TIME
## FOR RECONSIDERATION

MOTION FOR ENLARGEMENT OF TIME
Civil Case No.:  3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

1 of 3

PLAINTIFF, Timothy Dietz, moves this Honorable Court to enter an Order for an enlargement of time for reconsideration for the following:

1.  Plaintiff, while devoting time to learning the rules of the court, was made aware of a motion for reconsideration after the time limits had expired.

2.  Plaintiff has been required to work an unusual amount of hours with the United States Postal Service in the past month and, at the same time, is attempting to make good on promises made in the past year regarding community projects. Most recently, the National Association of Letter Carriers annual food drive scheduled for May 10th of this year. Plaintiff is coordinator two counties and is heavily relied upon.

3.  Plaintiff has been caring for his ailing sister-in-law, whom recently passed away and much time was devoted to that.

    WHEREFORE, Plaintiff moves the court to grant an enlargement of time to file a motion for reconsideration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on April 23, 2014, at Longview, Washington.

Timothy Dietz

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all Defendants this 23rd day of April, 2014.

MOTION FOR ENLARGEMENT OF TIME
Civil Case No.:  3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

Respectfully,

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

MOTION FOR ENLARGEMENT OF TIME
Civil Case No.:  3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

3 of 3