WAWD- Notice of Civil Appeal (Revised 12/26/2012)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

TIMOTHY DIETZ

    Plaintiff(s),

v.

QUALITY LOAN SERVICE CORP OF WASHINGTON; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; MERSCORP, INC.; MCCARTHY AND HOLTHUS, LLP; DOE DEFENDANTS 1-20,

    Defendant(s).

NOTICE OF CIVIL APPEAL

C13-5948 RJB
(Case Number)

ROBERT J. BRYAN
(District Court Judge)

Notice is hereby given that TIMOTHY DIETZ
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

MOTION FOR RECONSIDERATION / DENIED
(Name of Order/Judgment)

entered in this action on Apr 29, 2014
(Date of Order)

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832

May 28, 2014

Dated

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL    Page of