FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON; et al.,<br><br>        Defendants - Appellees. | No. 14-35462<br><br>D.C. No. 3:13-cv-05948-RJB<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: GOULD, MURGUIA, and WATFORD, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *Branson v. City of Los Angeles,* 912 F.2d 334, 336 (9th Cir. 1990) (denial of reconsideration of non-appealable order is itself not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se