THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, <br><br> Plaintiff, <br><br> vs. <br><br> QUALITY LOAN SERVICE CORP. OF WASHINGTON; <br><br> WELLS FARGO HOME MORTGAGE; <br><br> WELLS FARGO BANK, N.A., <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br> MERSCORP, INC., <br><br> MCCARTHY & HOLTHUS, LLP, <br><br> DOE DEFENDANTS 1 - 20 <br><br> Defendants. | Civil Case No.: 3:13-cv-05948-RJB <br><br> ANSWER TO ORDER TO SHOW CAUSE |

PLAINTIFF Timothy Dietz answers the order to show cause and states;

1. Plaintiff and council for Quality Loan Service Corp. of Washington and McCarthy & Holthus completed the FCRP 26(f) conference on May 2, 2014. Opposing council had

ANSWER TO ORDER TO SHOW CAUSE
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

offered to make the corrections that we agreed upon and enter that information into the record and the Plaintiff took opposing council at his word as Plaintiff had no reason to believe that opposing council would do otherwise. Plaintiff has also sent a settlement offer to opposing council but there has been no response one way or the other. Plaintiff has a copy of the completed Joint Conference and Scheduling Report and has sent a copy of this report to opposing council for their review and submission by June 2, 2014. Should opposing council not submit this report by Friday, June 20, 2014, the Plaintiff fully intends to submit his copy of the agreed upon report to the court on June 20, 2014.

2. Plaintiff has been limited in available time due to the extra hours he has had to work at the Post Office. Plaintiff has also had a difficult, but not impossible, time at staying focused on the matters at hand considering the circumstances surrounding him. Plaintiff is ADHD, which is not without its challenges. Plaintiff has also been involved in defending himself in an unlawful detainer case in state court and has been since January of 2014, under Cowlitz County case number 14-2-00001-5. This case has had many elements introduced to it, adding to the complexity of it. This has demanded more of the very limited time that the Plaintiff has had available to him before really getting a good understanding of time management.

3. Defending a home that the Plaintiff and his family have known for the past 15 years is not without the emotional challenges he and his family have had to endure. There have been many issues needing to be addressed as the Plaintiff and his family prepare to possibly be displaced from their home and property.

4. Despite all of these challenges, the Plaintiff, with the help of personal counseling, has learned to overcome these challenges and is fully prepared to move forward.

ANSWER TO ORDER TO SHOW CAUSE  
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz  
2503 34th Ave  
Longview Washington 98632  
360-442-9832

5. The Plaintiff apologizes to the court for not being more diligent in his approach to this case despite the many challenges he has faced, but assures the court that he will be more attentive in moving this case forward. Plaintiff prays that the court considers these facts and allows this case to move forward into the discovery phase.

WHEREFORE, the Plaintiff moves the court to consider the facts and hardships and allow this case to move forward into the discovery phase.

Respectfully submitted this 18th day of June, 2014

_____
Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically transmitted to Robert McDonald, Esq, this 18th day of June, 2014.

Respectfully,

_____
Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

ANSWER TO ORDER TO SHOW CAUSE
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

EXECUTED on June 18, 2014, at Longview, Washington.

_____
Timothy Dietz

ANSWER TO ORDER TO SHOW CAUSE
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

4 of 4