THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, <br><br> Plaintiff, <br><br> vs. <br><br> QUALITY LOAN SERVICE CORP. OF WASHINGTON; <br><br> WELLS FARGO HOME MORTGAGE; <br><br> WELLS FARGO BANK, N.A., <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br> MERSCORP, INC., <br><br> MCCARTHY & HOLTHUS, LLP, <br><br> DOE DEFENDANTS 1 - 20 <br><br> Defendants. | Civil Case No.: 3:13-cv-05948-RJB <br><br> JOINT CONFERENCE AND SCHEDULING REPORT |

Pursuant to the Federal Rules of Civil Procedure 26(f) and Local Rule 26(f) of the Western District of Washington at Tacoma, the parties hereby jointly submit this Combined Joint Scheduling Report and Joint Proposed Scheduling Order:

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

1. **Discovery Report; Detailed Schedule of Discovery:**

   On May 2, 2014, the parties did meet by telephone and conferred in good faith to develop a proposed discovery plan considering those matters set forth in Federal Rule of Civil Procedure 26(f). The parties agree that this case be placed on the STANDARD TRACK and request a discovery deadline of February 2, 2015.

2. **Likelihood of Settlement:**

   At this point, the parties have not reached a settlement in this case; however, the parties will discuss settlement throughout this case in good faith and will inform the Court if any settlement is reached as required by the Court's rules.

3. **Likelihood of Appearance in this action of Additional Parties:**

   The Plaintiff anticipates identifying and joining additional parties. The parties propose that if either party wishes to join additional parties, then they be required to bring a motion to amend their pleadings as required by Federal Rule of Civil Procedure 15.

4. **Proposed Limit on Time:**

   (a) <u>Joinder of Parties and Amendment of Pleadings:</u> The parties request that the deadline to bring any motions to amend the pleadings, to file motion for class certification, or join any parties to this case be December 8, 2014.

   (b) File and Hear Motions: The parties request that the deadline for filing dispositive motions be March 9, 2014; that the deadline for responses to dispositive motions be March 23, 2015; and that replies be due by March 30, 2015. The parties request that the deadline for filing pretrial motions be March 30, 2015. The parties request that the deadline for motions in limine be April 20, 2015.

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

(c) <u>Complete Discovery</u>: The parties request that the Court allow the parties until February 5, 2015.

(d) <u>Expert Disclosures</u>: By November 24, 2014, parties shall exchange expert witnesses summaries and reports as required by Local Rules.

5. **Proposals for Formulation and Simplification of Issues:**

The parties have no proposals for the formulation or simplification of issues at this time. The parties will continue to assess the viability of its defenses as discovery progresses and will provide notice to the Court of any proposals that arise.

6. **Amendments to the Pleadings:**

The parties are unaware as to whether any amendments will be necessary, but the parties reserve the right to amend its pleadings as appropriate.

7. **Admissions of Facts and Documents:**

The parties have not agreed at this time to any admissions of facts or documents. However, the parties will continue to attempt to discuss these issues as discovery progresses and will provide notice to the Court of any proposals that arise out of these discussions.

8. **Avoidance of Unnecessary Proof and of Cumulative Evidence:**

The parties have no proposals at this time for the avoidance of unnecessary proof or of cumulative evidence. However, the parties will confer after discovery has been conducted regarding the possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, and the need for advance rulings from the Court on admissibility of evidence.

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

3 of 5

9. **Advisability of Referring Matters to a Magistrate Judge:**

   The parties agree to the referral of discovery matters to the Magistrate Judge if ordered by the Court and reserve the right to appeal any rulings by the Magistrate Judge pursuant to the Federal Rules of Civil Procedure and the Local Rules.

10. **Preliminary Estimate on the Time Required for Trial:**

    The parties estimate that this case will take approximately four (4) days.

11. **Requested Dates for Conferences Before Trial, Final Pretrial conference and Trial:**

    The parties request that the pretrial conference be held on or after March 27, 2015 and that the trial be set for a date after April 27, 2015.

12. **Other Matters:**

    (a) <u>Jury or Non-Jury:</u> Plaintiff's complaint contained a jury demand.

    (b) <u>Electronically Stored Information:</u> The parties have discussed and agreed upon the preservation and the production of relevant discoverable information, which consists of: (1) internal account notes, logs and bates records relating to the Plaintiff; (2) all correspondence with Plaintiff relating to the Plaintiff; (3) all correspondents with Defendant(s) and third parties relating to the Plaintiff; (4) any media relating to the Plaintiff; (5) any call logs and visitor logs relating to the Plaintiff; and (6) any recordings, audio or video or still photographs relating to the Plaintiff. The parties do not anticipate any other discovery of electronically stored information, but reserve the right to revisit this issue as discovery progresses. Electronic documents shall be produced in .pdf format where available and recordings shall be produced in native formats on CD or DVD.

JOINT CONFERENCE AND SCHEDULING REPORT  
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz  
2503 34th Ave  
Longview Washington 98632  
360-442-9832

4 of 5

(c) <u>Privilege:</u> The parties have not reached any agreements regarding the assertion of claims of privilege or protection of trial preparation material after production. The parties will inform the Court if any such agreement is made. However, the parties believe that production of confidential and proprietary business information may be required. The parties agree to enter into a confidentiality agreement or in the alternative to an in camera review in the event such production is required.

Timothy Dietz

By: __/s/ Timothy Dietz__
      Timothy Dietz

Plaintiff pro se

McCarthy & Holthus

By: ___/s/ Robert W. McDonald_____
      Robert W. McDonald, WSBA # 43842
      rmcdonald@mccarthyholthus.com

Attorney for Defendants
    Quality Loan Service Corp. of Washington
    McCarthy & Holthus

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

5 of 5

Attachment A
(email communication)

Robert McDonald
To Me, John Petri, Joel Springer
Today (June 19, 2014) at 4:09 PM

Mr. Dietz,

You have my consent to file the attached scheduling report. Thank you.

Robert William McDonald | Associate Attorney |Member State Bars of CA, WA

McCarthy ® Holthus LLP

  m. 108 1st Ave S, Ste. 300 Seattle, WA 98104

  p. 206-319-9100 ext. 2336 | f. 206-780-6862

  e. rmcdonald@mccarthyholthus.com

***Should escalation be required, please contact the following individuals***

Please contact Melissa Coutts at (619) 955-1604 or mcoutts@mccarthyholthus.com.