# MEMO

**To:** All Counsel/Parties of Record
**From:** Dara Kaleel, Courtroom Deputy to The Honorable Robert J. Bryan
**Subject:** Trial Schedule
**Date:** June 24, 2014

RE: **Dietz v Quality Loan Svc Corp et al  C13-5948RJB**

Judge Bryan aggressively manages his cases for the benefit of the litigants, and directs that **all cases filed in his court be set within twelve (12) months from filing the complaint** unless the case is unusually complex or the court's calendar cannot accommodate an early setting.

If you have further questions you may contact me at (253) 882-3824.