UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>　　　　　Plaintiff,<br>v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, et al.,<br><br>　　　　　Defendants. | Case No.: 3:13-CV-05948-RJB<br>Judge Robert J. Byran<br><br>**NOTICE OF APPEARANCE** |

**TO:** THE CLERK OF THE COURT

**AND TO**: ALL PARTIES NAMED HEREIN

**AND TO:** ALL PARTIES OF INTEREST HERETO

　　　　PLEASE TAKE NOTICE that Quality Loan Service Corporation of Washington hereby appears in this matter through its attorney, Joseph McIntosh, of McCarthy & Holthus, LLP.

　　　　Said appearance is without waiver of any defenses including, without limitation, the defenses of:

　　　　1.　　Lack of Jurisdiction of the Subject Matter;

　　　　2.　　Lack of Jurisdiction over the Person;

　　　　3.　　Improper Venue;

　　　　4.　　Insufficiency of Process;

Notice of Appearance
Page 1
MH #WA-14-614695-CV

McCarthy & Holthus LLP
108 1st Avenue South, Suite 300
Seattle, WA 98104
PH: (206) 319-9100
FAX: (206) 780-6862

5. Insufficiency of Service of Process;

6. Failure to State a Claim upon which Relief may be Granted; and,

7. Failure to Join a Party.

PLEASE ALSO TAKE NOTICE that all further notices and copies of pleadings, correspondence, and other material relevant to this action, exclusive of original service of process, should be directed to its attorneys as follows:

**Joseph McIntosh.**
108 1st Ave. S., Suite 300
Seattle, WA 98104
jmcintosh@mccarthyholthus.com

Dated: August 22, 2014

                    MCCARTHY & HOLTHUS, LLP

                    */s/ Joseph McIntosh*
                    Joseph McIntosh, WSBA No. 39470
                    Attorney for Quality Loan Service Corporation of Washington

Notice of Appearance
Page 2
MH #WA-14-614695-CV

McCarthy & Holthus LLP
108 1st Avenue South, Suite 300
Seattle, WA 98104
PH: (206) 319-9100
FAX: (206) 780-6862

## CERTIFICATE OF SERVICE

I, John Petri, declare:

I am a resident of the United States and employed in the County of King, State of Washington; I am over the age of 18 years and not a party to this action.

I hereby certify under penalty of perjury that on the 22nd of August, 2014, I caused the foregoing to be E-Filed with the Clerk of Court through CM/ECF. Accordingly, service was made by virtue of a Notice of Electronic Filing ("NEF") generated automatically upon the filing of the document and transmitted to the email addresses of all counsel of record who have consented to electronic service. By the terms of the court's rules governing electronic filing, service of the documents is deemed complete upon the transmission of the NEF.

Below are the parties served by NEF:

    Timothy Dietz
    E-Filing/Service
    2503 34th Avenue
    Longview, WA 98632
    360-442-9832
    Email: timthepostman@yahoo.com
    PRO SE

Dated: 8/22/2014

*/s/ John Petri*
John Petri
Civil Legal Assistant | McCarthy & Holthus
206-319-9100 | jpetri@mccarthyholthus.com

Notice of Appearance
Page 3
MH #WA-14-614695-CV

McCarthy & Holthus LLP
108 1st Avenue South, Suite 300
Seattle, WA 98104
PH: (206) 319-9100
FAX: (206) 780-6862