UNITED STATES DISTRICT COURT

IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>           Plaintiff,<br><br>vs.<br><br>BRIAN C. CARPENTER; ALL OCCUPANTS AND PERSONS IN POSSESSION,<br><br>           Defendants. | Case No. 3:13-CV-05948-RJB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

COMES NOW defendant QUALITY LOAN SERVICE CORP. OF WASHINGTON ("QUALITY" or "Defendant") by and through its counsel of record, pursuant to Fed. R. Civ. Pro. 7.1(a) and does hereby certify as follows: QUALITY is a State of Washington Corporation. QUALITY has two shareholders, neither of which is another corporation. No publicly-held company owns 10% or more of QUALITY LOAN SERVICE CORP. OF WASHINGTON stock.

DATED: August 26, 2014.

                                    */s/ Joseph Ward McIntosh*
                                    Joseph Ward McIntosh, WSBA #39470
                                    Attorney for Quality Loan Service Corp. of WA

QLS CORP. DISCLOSURE STATEMENT -1
MH # WA-14-614695-CV

McCarthy & Holthus LLP
108 1st Ave S., Suite 300
Seattle, WA 98104
PH: (206) 319-9100
FAX: (206) 780-6862