THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, | Civil Case No.: 3:13-cv-05948-RJB |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF TIMOTHY DIETZ** |
| QUALITY LOAN SERVICE CORP. OF WASHINGTON; | |
| WELLS FARGO HOME MORTGAGE; | |
| WELLS FARGO BANK, N.A., | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| MERSCORP, INC., | |
| MCCARTHY & HOLTHUS, LLP, | |
| DOE DEFENDANTS 1 - 20 | |
| Defendants. | |

NOW COMES the Affiant, Timothy Dietz, a citizen of the United States and the State of Washington over the age of 21 years, and declares as follows, under penalty of perjury:

AFFIDAVIT
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832
timthepostman@yahoo.com

1. This affidavit is in support of the Response to the Motion for Summary Judgment dated October 17, 2014.

2. The Response to the Motion for Summary Judgment was drafted and submitted to the Court by me, Timothy Dietz.

3. The contents of the Response to the Motion for Summary Judgment are of my own personal knowledge.

Dated October 17, 2014

_____
Timothy Dietz, Affiant

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Robert McDonald, Esq., and Joseph McIntosh, Esq.

Executed this 17th day of October, 2014.

_____
Timothy Dietz

## VERIFICATION

**STATE OF WASHINGTON**
**COUNTY OF THURSTON**

BEFORE ME personally appeared Timothy Dietz who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

1. My name is Timothy Dietz, Defendant herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

AFFIDAVIT
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832
timthepostman@yahoo.com

1  FURTHER THE AFFIANT SAYETH NAUGHT.

2

3

_____

Timothy Dietz, Affiant

4  SWORN TO and subscribed before me this 17th day of October, 2014.

5

6

7  _____

Notary Public

8

9  My commission expires: 11/29/2016

[Notary Seal: DANIEL A SEIFFERT, NOTARY PUBLIC, STATE OF WASHINGTON, Nov 29 2016]

AFFIDAVIT
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832
timthepostman@yahoo.com