# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

TIMOTHY DIETZ,                                  JUDGMENT IN A CIVIL CASE

        Plaintiff,                          CASE NUMBER:  C13-5948RJB

        v.

QUALITY LOAN SERVICE CORP. OF
WASHINGTON; WELLS FARGO
HOME MORTGAGE; WELLS FARGO
BANK, N.A.; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; MERSCORP, INC.;
MCCARTHY & HOLTHUS LLP; DOE
DEFENDANTS 1-20,

        Defendants.

_____ Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

        Defendants Quality Loan Service Corporation of Washington and McCarthy & Holthus, LLP's Motion for Summary Judgment (Dkt 48) is GRANTED.  Defendants Quality Loan Service Corporation of Washington and McCarthy & Hothus, LLP are DISMISSED from this lawsuit WITH PREJUDICE. All claims against all Defendants having been dismissed, this case may be closed.

_____October 23, 2014_____                    WILLIAM M. McCOOL_____
                                              CLERK


                                              /s/ Dara L. Kaleel_____
                                              By Dara L. Kaleel, Deputy Clerk