**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

Plaintiff(s),

v.

NOTICE OF CIVIL APPEAL

| 3:13-cv-05948-RJB |
| --- |

(Case Number)

| Honorable Robert J Bryan |
| --- |

(District Court Judge)

Defendant(s).

Notice is hereby given that

| Timothy Dietz |
| --- |

(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

| Final Judgment |
| --- |

(Name of Order/Judgment)

entered in this action on

| Oct 23, 2014 |
| --- |

.

(Date of Order)

| Timothy Dietz, Pro Se 3501 S 38th St Tacoma WA 98409 360-442-9832 |
| --- |

| Nov 19, 2014 |
| --- |

Dated

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

**NOTICE OF CIVIL APPEAL**