# Exhibit A

WELLS FARGO'S MOTION TO CANCEL LIS PENDENS - 6
No. 3:13-cv-05948-RJB

**Return Address:**

TIM DIETZ
2503 34TH AVE
LONGVIEW WA
98632

3504902
07/18/2014 04:26:21 PM    Pages: 4
Lis Pendens   TIM DIETZ   75.00
Cowlitz County Washington

# WASHINGTON STATE COUNTY AUDITOR/RECORDER'S INDEXING FORM (Cover Sheet)
*(RCW 65.04)*

Please print or type information

**Document Title(s)** (or transactions contained therein):
1. LIS PENDENS
2.
3.
4.

**Reference Number(s)** of Documents assigned or released:

Additional reference #'s on page ____ of document.

**Grantor(s)** (Last name first, then first name and initials)
1. QUALITY LOAN SERVICE
2. WELLS FARGO HOME MORTGAGE
3. WELLS FARGO BANK NA
4. MERS
☐ Additional names on page ____ of document.

**Grantee(s)** (Last name first, then first name and initials)
1. TIMOTHY DIETZ
2.
3.
4.
☐ Additional names on page ____ of document.

**Legal Description** (abbreviated: i.e. lot, block, plat or section, township, range)
LOT 1, LOT 20, BLOCK 14, VOLUME 3, PAGE 36
☐ Additional legal is on page ____ of document.

**Assessor's Property Tax Parcel/Account Number**
0531/
☐ Assessor Tax # not yet assigned.

The Auditor/Recorder will rely on the information provided on the form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

WELLS FARGO'S MOTION TO CANCEL LIS PENDENS - 7
No. 3:13-cv-05948-RJB

THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>      Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON;<br><br>WELLS FARGO HOME MORTGAGE;<br><br>WELLS FARGO BANK, N.A.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>MERSCORP, INC.,<br><br>MCCARTHY & HOLTHUS, LLP,<br><br>DOE DEFENDANTS 1 - 20<br><br>      Defendants. | Civil Case No.: 3:13-cv-05948-RJB<br><br>LIS PENDENS |

TO WHOM IT MAY CONCERN:

LIS PENDENS
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

WELLS FARGO'S MOTION TO CANCEL LIS PENDENS - 8
No. 3:13-cv-05948-RJB

An action has commenced in the above-entitled court, wherein the parties are as above stated, affecting the title to the following described real property in Cowlitz County, Washington:

> Lot 1, as delineated on the short plat subdivision of a portion of lot 20, block 14, Longview homesteads, as recorded in volume 3 of short plats, page 036, under auditors file no. 851997, records of Cowlitz County, Washington. Also known as 2503 34th Ave, Longview, Washington, 98632.

The object of the action is to invalidate the Trustee sale of said real property and to restore to Plaintiff all rights previously held to said real property. Subsequent filings in both State and Federal Courts shall follow affecting the title to said real property previously described. All persons dealing with this real property subsequent to the recording of this lis pendens will take subject to the rights of Plaintiff as established in these actions.

Third parties are hereby bound that any interest that they may acquire in the property located at 2503 34th Ave, Longview, WA, 98632, will be subject to the outcome of current and subsequent filings by the Plaintiff in either Federal and\or State courts.

Dated this 18th day of July, 2014

_____
Timothy Dietz, Plaintiff
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

### VERIFICATION

**STATE OF WASHINGTON**

LIS PENDENS
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

WELLS FARGO'S MOTION TO CANCEL LIS PENDENS - 9
No. 3:13-cv-05948-RJB

**COUNTY OF COWLITZ**

  BEFORE ME personally appeared Timothy Dietz who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

1. My name is Timothy Dietz, Defendant herein.
2. I have read and understood the attached foregoing notice filed herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

                _____
                Timothy Dietz, Affiant

SWORN TO and subscribed before me this 18th day of July, 2014.

_Nellie Osgood_
Notary Public



My commission expires: 10/8/2017

---

LIS PENDENS
Civil Case No.: 3:13-cv-05948-RJB

Timothy Dietz
2503 34th Ave
Longview Washington 98632
360-442-9832

WELLS FARGO'S MOTION TO CANCEL LIS PENDENS - 10
No. 3:13-cv-05948-RJB