THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>                Plaintiff,<br><br>    v.<br><br>QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE DEFENDANTS 1-20,<br><br>                Defendants. | No. 3:13-cv-05948-RJB<br><br>**ORDER GRANTING WELLS FARGO'S MOTION TO CANCEL LIS PENDENS**<br><br>**[PROPOSED]**<br><br><u>Noted for consideration</u>:<br>January 6, 2017 |

This matter having come before the Court on Wells Fargo and MERS's Motion to Cancel Lis Pendens, all parties having received notice of and an opportunity to respond to the motion, the Court having reviewed all pleadings filed by all parties related to the motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby:

ORDERED that Wells Fargo and MERS's Motion to Cancel Lis Pendens is GRANTED. The Lis Pendens recorded under Cowlitz County Auditor's No. 3504902 on July 18, 2014, is hereby CANCELLED pursuant to RCW 4.28.325.

//

//

ORDER GRANTING WELLS FARGO'S MOTION TO CANCEL LIS PENDENS - 1
No. 3:13-cv-05948-RJB

105727.1513/6829221.2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

IT IS SO ORDERED.

Done in open court _____.

_____
HONORABLE ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

LANE POWELL PC

By *s/ Abraham K. Lorber*
    Abraham K. Lorber, WSBA No. 40668
    lorbera@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    PO Box 91302
    Seattle, WA  98111-9402
    Telephone:  206.223.7000
    Fax:  206.223.7107

Attorneys for Defendants Wells Fargo Home Mortgage, Inc., Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc.

ORDER GRANTING WELLS FARGO'S MOTION TO CANCEL LIS PENDENS - 2
No. 3:13-cv-05948-RJB
105727.1513/6829221.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107