THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, <br><br> Plaintiff, <br><br> v. <br><br> QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE DEFENDANTS 1-20, <br><br> Defendants. | No. 3:13-cv-05948-RJB <br><br> **CERTIFICATE OF SERVICE** |

I certify that on the date indicated below, I caused Wells Fargo Bank NA's Motion to Cancel Lis Pendens (Dkt. 57) to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the attorneys of record.

In addition, I caused to be served via first-class mail a hard copy of Wells Fargo Bank NA's Motion to Cancel Lis Pendens (Dkt. 57) on the following:

Timothy Dietz
2503 34th Ave
Longview, WA  98632
*Pro se*

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

CERTIFICATE OF SERVICE - 1
No. 3:13-cv-05948-RJB
105727.1513/6835017.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

SIGNED December 22, 2016, at Seattle, Washington

                                        *s/ Peter Elton*
                                        Peter Elton

CERTIFICATE OF SERVICE - 2
No. 3:13-cv-05948-RJB
105727.1513/6835017.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107