UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| TIMOTHY DIETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-05948-RJB |
| | ) | |
| QUALITY LOAN SERVICE CORP. OF WASHINGTON; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE DEFENDANTS 1-20, | ) ) ) ) ) ) ) | ORDER GRANTING WELLS FARGO'S MOTION TO CANCEL LIS PENDENS |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER having come before the Court on Wells Fargo and MERS's Motion to Cancel Lis Pendens (Dkt. 57), all parties having received notice of and an opportunity to respond to the motion, Plaintiff having not filed any response to the motion, the Court having reviewed all pleadings filed by all parties related to the motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby:

ORDERED that Wells Fargo and MERS's Motion to Cancel Lis Pendens is GRANTED. The Lis Pendens recorded under Cowlitz County Auditor's No. 3504902 on July 18, 2014, is hereby CANCELLED pursuant to RCW 4.28.325.

//

//

ORDER GRANTING WELLS FARGO'S MOTION TO CANCEL LIS
PENDENS - 1

105727.1513/6829221.2

1  IT IS SO ORDERED.

2  Done this 10th day of January, 2017.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING WELLS FARGO'S MOTION TO CANCEL LIS PENDENS - 2

105727.1513/6829221.2